FILED

1   Name: Jethro Hackworth

2   Address: 9320 Mines Ave

3   Pico Rivera CA 90660

4   Phone: 562-574-4651

5   Fax: n/a

6   In Pro Per Jethro Hackworth

7

2024 JAN -4  PM 1: 34

CLK. L.  LIF.
L S ANG LES
ant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9

10   Jethro Hackworth

| CASE NUMBER: |
| --- |
| **8:24-cv-00076-UA** |

11

12                        Plaintiff

          v.

13   United States of America

14

15       Orange County          Complaint

                    Defendant(s).    ( Enter document title in the space provided above)

16

17

18           Torture ~ See attachments

19

20

21

22

23

24

25

26

27

28

          01/04/2024

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# JETHRO JAMES HACKWORTH
# vs
# UNITED STATES OF AMERICA
# ORANGE COUNTY

# Federal Court Case 8:21-01314-DOC

# Federal Law  - 20. Torture (18 U.S.C. 2340A)

# LETTER TO THE UNITED NATIONS
# &
# THE HOUSE OF REPRESENTATIVES

# EVIDENCE OF LETTER

*EVIDENCE 1 OF 14*

**Hello High Commissioner and others,**

**A legitimate and formal torture case is being presented:**

**Convention Against Torture as all sections of International Torture law have been broken**.

**Full name:** Jethro James Hackworth
**Nationality:** American
**Birthplace:** United States, California, Artesia
**Dates:** 11/27/2022 to 03/24/2023
**Sex:** Male
**Birth date:** 09/18/1988
**Occupation:** Student
**Locations of Incident:**
United States, California, Orange County, Santa Ana

Orange Theo Lacy Facility:
501 The City Dr S, Orange, CA 92868

And

Main Jail:
550 N Flower St, Santa Ana, CA 92703

# United States House of Representatives

*Government Reality and Video Games*
*Should authorities which have the tools to murder humans be allowed to play video games*

There is a significant concern and the connection of reality when discussing all government representatives; inclusive but not limited to National, Federal, State, County and City representatives and authorities. A recent personal experience has elevated concern in the connection to reality and police as on *October 4th, 2021* in Santa Ana California at the Horizon apartment complex, a significant number of police officers attempted to make an arrest. During this time, the negotiating police officer began hallucinating and entered a psychosis; asking the suspect to take a seat in a chair that did not exist while multiple rifles and handguns were waving around the apartment complex, there was no chair in site in the entire surrounding area. There were women, children and other males present and a significant amount of concern arises if they had visualized another object that posed danger they could have shot a child or an innocent bystander. Once it was noticed the police officer entered a psychosis, the suspect de-escalated the situation by commanding the group of fifteen officers or so to lower their weapons. The other officers noticed the psychosis as their faces changed and looked at the negotiating officer with confusion. The cause of this psychosis is unknown to the writer and victim of this police force. Could it be drugs, sleep deprivation, mental disease or the main point here; video games.

It has been long studied that video games could cause humans to enter psychosis. Evidence to support what is being brought to attention here, "Some characteristics of patients with psychosis, particularly those with a first-episode psychosis (FEP), may suggest that these individuals would be particularly liable to develop IGD." by PubMed Editors ("Internet Gaming Disorders and Early Onset Psychosis in Young People: A Case Study and Clinical Observations " www.pubmed.ncbi.nlm.nih.gov

accessed October 5th 2023). It is possible the officer has Internet Gaming Disorder known as IGD, causing these hallucinations and losing a sense of reality. Could this police officer had murdered a child or an innocent bystander due to the hallucinations, who would have brought this forward truthfully as police officers fear retaliation just for being honest. Should authorities that have the tools to kill beings be allowed to play video games is the catastrophic concern here. Imagine a police offer which has these hallucinations such as a secondary example from another source, ""I hear voices at night, and sometimes I think someone's outside my window," the 19-year-old young man informed me. "I know no one's really there, but it's still scary."" by Victoria L. Dunckley M.D. ("Computer, Video Games & Psychosis: Cause for Concern" www.psychologytoday.com accessed October 5th 2023). They hear voices and visualize objects and beings which are not present in reality. A **law should be passed into the senate to vote about banning government resources from playing video games**, citizens are likely against having a person with these symptoms in control of society and safety. People need to start being honest about these concerns for the future not only of America but for humanity itself.

On the topic of honesty, police officers are losing their jobs for being honest and telling the truth, a form of retaliation which is also illegal. Police officers that are being truthful should be the ones that are kept, as diving into lying is also another disease called pathological lying. Pathological lying creates a secondary danger, it states as evidence "Participants in the PL group reported that their lying had placed themselves or others in danger" PubMed Editors ("Pathological Lying: Theoretical and Empirical Support for a Diagnostic Entity" www.ncbi.nlm.nih.gov accessed October 5th 2023). Lying creates danger for everyone around them, making them incapable of holding a job and being around children; potentially a danger to society and the health of everyone around them leading to psychological lock-down until the lying stops. As these honest people are fired, the level of safety drops for everyone in the community. It is also against the law to fire them for being honest, evidence is found here "These laws also prohibit retaliation for filing a complaint with DOJ or participating in the investigation." Civil Rights Division Editor ("Addressing Police Misconduct Laws Enforced By The Department Of Justice" www.justice.gov accessed October 5th 2023). The police which have been fired for being honest need compensation, reinstatement and character reparations. Without honesty there is no successful future for humanity. Lying creates a form of psychosis which the person might have an employment position that has them lying will also enter a state of lost sense in reality. They lie significantly in which they can't remember if they are saying is the truth or not and begin to believe their own lies, embarrassing, endangering and destroying the community. The main idea here is to have a strong consideration of banning government workers from playing video games and a stronger emphasis to keeping honest people in the government, praising them rather than destroying them.

# Sources Cited

Curtis, Drew A, and Christian L Hart. "Pathological Lying: Theoretical and Empirical Support for a Diagnostic Entity." *Psychiatric research and clinical practice* vol. 2,2 62-69. 16 Oct. 2020, doi:10.1176/appi.prcp.20190046

Editor, Civil Rights Division. "Addressing Police Misconduct Laws Enforced by the Department of Justice." *Civil Rights Division*, 13 Oct. 2020, www.justice.gov/crt/addressing-police-misconduct-laws-enforced-department-justice.

Ricci, V., De Berardis, D., Maina, G., & Martinotti, G. (2023). Internet Gaming Disorders and Early Onset Psychosis in Young People: A Case Study and Clinical Observations. International journal of environmental research and public health, 20(5), 3920. https://doi.org/10.3390/ijerph20053920

Sherer, James. "Internet Gaming." Psychiatry.Org - Internet Gaming, www.psychiatry.org/patients-families/internet-gaming. Accessed 5 Oct. 2023.

# NATIONAL THEFT OF PROPERTY

*EVIDENCE 2 OF 14*

# NATIONAL LAW

*Fifth Amendment Fifth Amendment Explained*

"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; **nor shall private property be taken for public use, without just compensation**."

SOURCE: **https://constitution.congress.gov/constitution/amendment-5/**

Personal materials have been stolen and being sold for profits illegally. Here is a Government website where they are doing this to the American people, myself included, stealing their property and selling it publicly.

WEBSITE: **https://www.usa.gov/auctions-and-sales**

It is against the American constitution to do this as none of these people are receiving compensation. **nor shall private property be taken for public use, without just compensation.** American people are not receiving just compensation while their personal belongings are being used publicly to be sold for a profit on websites such as the evidence provided.

# STANDARD MINIMUM RULES FOR THE TREATMENT OF PRISONERS

*The Rules lay down minimum standards for International Law which supersedes United States law the following are required*

➢ Accommodation

➢ Sanitary Installations

➢ Provision of Food

➢ Drinking Water

➢ Articles Necessary for Personal Hygiene

➢ Clothing and Bedding

➢ Religious Practice

➢ Education

➢ Exercise and Sport

➢ Medical Services

➢ Treatment of Mentally Ill Prisoners

# HUMAN TRAFFICKING

*EVIDENCE 3 OF 14*

**PEONAGE**

18 U.S. Code § 1581 - Peonage; obstructing enforcement

(a) Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

DEFINITION OF PEONAGE

"a system of convict labor by which convicts are leased to contractors"

Source: https://www.merriam-webster.com/dictionary/peonage

## BENEFITTING FROM PEONAGE & AND DISREGARD

18 U.S. Code § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons

U.S. Code Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of this chapter, **knowing or in reckless disregard** of the fact that imprisoned in the same manner as a completed violation of such section.

Federal Law prohibits all states from peonage or convict labor as it is a form of slavery, they benefit from convict labor by not having to pay staff to prepare food, cook, clean and other forms of hard labor. They are required to pay them the proper amount as a citizen would earn and not slave wages, doing so is illegal.

Ignoring this issue or failure to allow an audience before the court is unacceptable.

They would not allow me to contact a lawyer as my phone pin was never reset which would allow me to contact the outside world. I was not allowed to make a phone call for four months which is also considered human trafficking by federal and local laws. I was groped and inner legs rubbed by staff police (Sheriffs) with my chains on multiple times, attempting to try homosexual activities with me (I am a Heterosexual).

8 U.S. Code § 1597 - Unlawful conduct with respect to immigration documents

(a) Destruction, Concealment, Removal, Confiscation, or Possession of Immigration Documents.—It shall be unlawful for any person to knowingly destroy, conceal, remove, confiscate, or possess, an actual or purported passport or other immigration document of another individual—
> (1) in the course of violating section 1351 of this title or section 274 of the Immigration and Nationality Act (8 U.S.C. 1324);
> (2) with intent to violate section 1351 of this title or section 274 of the Immigration and Nationality Act (8 U.S.C. 1324); or
> (3) in order to, without lawful authority, maintain, prevent, or restrict the labor of services of the individual.

(b) Penalty.—
Any person who violates subsection (a) shall be fined under this title, imprisoned for not more than 1 year, or both.

(c) Obstruction.—
Any person who knowingly obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be subject to the penalties described in subsection (b).


Jethro Hackworth, myself, passport was confiscated which is against federal law. There are Jails throughout this particular county, Orange County, as I was transported multiple times to different facilities without knowledge of the address being trafficked to.

# FAILURE TO INVESTIGATE

*EVIDENCE 4 OF 14*

On **page 8** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states "It requires States parties, inter alia, to incorporate the crime of torture in their domestic legislation and to punish acts of torture by appropriate penalties; **to undertake a prompt and impartial investigation of any alleged act of torture**; to ensure that statements made as a result of torture are not invoked as evidence in proceedings (except against a person accused of torture as evidence that the statement was made); and to establish an enforceable right to fair and adequate compensation and rehabilitation for victims of torture or their dependants." Judge Larry Yellin was notified it was torture as I notified them publicly during my trials, I stated this a circus and American bullshit and I demanded my release from their torture chambers. I notified multiple jail staff, including but not limited to, guards, sherrifs, therapists, psychiatrists, psychologists, and other forms of authorities within the jail system who worked for this government.

The local authorities are pathological liars which I dealt with had **reckless disregard** refused to hear me cite the international law of torture. America is becoming corrupt in areas.

I have been told by authorities they will "not" investigate this directly by local law enforcement of the United States. I have a case against the United States, federal court system. **Case # CVS-01314-DOC**. The government continues to harass and torture me as other areas of the government neglects me. My whereabouts is in the LA county area without a stable place to live as the United States is illegally withholding a significant amount of money from me and not depositing the money into my accounts or providing other options of payments.

This clearly breaks the rule which parties of the government are to investigate the claim of torture or the **human rights violations**, if this is failure to investigate it becomes a form of torture itself.

# INTIMIDATION AND THREATS

*EVIDENCE 5 OF 14*

On **page 33** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states "In resolution 2001/62, the Commission on Human Rights condemned "all forms of torture, including through intimidation, as described in article 1 of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment" (para. 2). According to the Special Rapporteur on torture, **information on threats and intimidation** is often a crucial element in assessing whether a person is at risk of physical torture and other forms of ill-treatment."

The jail staff attempted to start fights with me multiple times.

The first threat came from a sherrif at the Orange Theo Lacy Facility located at 501 The City Dr S, Orange, CA 92868. I was in the barracks and the sheriff walked by and stated, "get the fuck out of my way." I moved to the side and kept walking, but this short, salt and pepper haired guard wearing a mask snapped. This sheriff bolted over to me and said, "I told you to get the fuck out of my way, if you don't, I will slam your face into the ground." This would be classified as threat to intimidate.

The second threat came from the giant kitchen from the staff which marched me into a single cell, screamed at me stating, "here is your chance, I'm going to take off these cuffs." He never took off my chains and left me in a room with my chains on as punishment and left my medication outside of the cell on the floor where I could not reach. Using chains as a punishment is a form of torture which the United States is held to by being a part of the United Nations. This was prior to my surgery when I had a painful infection that required surgery. I asked multiple guards, at least 5 different ones, to provide my medicine which was outside of the cell, they either ignored me as they walked by or would say something along the lines of, "I'll let you know later." or "Not right now, later."

On **page 36** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "Under international law, the use of methods of restraint is primarily governed by the Standard Minimum Rules for the Treatment of Prisoners. Rule 33 states that instruments of restraint such as handcuffs, chains, irons and straitjackets should never be applied as a punishment and that chains or irons should not be used as restraints. Other instruments of restraint should be used only to prevent escape during a transfer, on medical

grounds or as a last resort to prevent prisoners from injuring themselves or others or from damaging property. Rule 34 states that instruments of restraint must not be applied for any longer time than is strictly necessary. The Special Rapporteur on torture may intervene in response to information to the effect that these rules have not been respected."

On **page 4** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "Article 7 of the 1966 International Covenant on Civil and Political Rights states that: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." Article 10 (1) states that: "All persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of the human person.". While asking for the day off due to a painful infection which resulted into a surgery, I was disrespected by the **sheriff insinuating** that I was a **"bitch"** because I needed surgery for the **infection that they caused.** They did not show respect, nor did they respect HIPAA violations. Asking for the day off to receive surgery should not result in an act of tortuous medical malpractice by taking away the medication and chaining the human being up in a room alone without food.

# HYGIENE COMPLICATIONS

*EVIDENCE 6 OF 14*

On **page 4** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "The Rules lay down minimum standards for registration; separation and classification of detainees; accommodation; sanitary installations; provision of food, drinking water, articles necessary for personal hygiene." At Main Jail 550 N Flower St, Santa Ana, CA 92703, there were no items for personal hygiene as I was not allowed to take a shower or brush my teeth, forced to wear the same clothes. **Solitary Confinement with Unsuitable and Dangerous Biological Hazards.** They locked me in a room alone without letting me out of the room, and the toilet was not working as the feces and urine piled out of the toilet forcing me to sit around with feces and urine smell without clearing it out of the room. This caused a **hygiene infection** which **initiated surgery** because of the **painful infection**.

**Clothing and bedding** was also lacking and only rotated every three or four days while being left in a room without access to showers or other forms of hygiene articles.

While locked away in this room, I was not able to **play sports or any activities**. I was locked in this room twenty-four hours a day.

# MEDICAL DOCUMENTATION OF HYGIENE INFECTION

*EVIDENCE 7 OF 14*



# ACCEPTABLE DRINKING WATER

*EVIDENCE 8 OF 14*

On **page 35** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "They have sometimes been described as falling into a "grey area" between torture and other forms of cruel, inhuman and degrading treatment or punishment owing to lack of evidence of the intentional or purposive element required by the term "torture". In assessing the severity of prison conditions, the Special Rapporteur on torture takes into consideration factors such as: the space at the disposal of detainees; **the supply of water."**

Laws broken defined as torture by international are as followed, contaminated drinking water. The water seemed to look as if it were milk as the quality of the water was horrifying to even look at it. The water at times had a taste which could cause regurgitation. There were no places to find water to drink other than through the facility as fresh water brought in from outside wasn't found. Such as water bottles or other forms of drinking water.

# DEPRIVED OF EDUCATION

*EVIDENCE 9 OF 14*

On **page 10** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, ". They should not suffer discrimination and their religious beliefs and cultural precepts should be respected. They should have access to cultural and **educational activities aimed at full development of the human personality,** to meaningful remunerated employment that will facilitate their reintegration into society and to all health services without discrimination. Efforts to abolish solitary confinement are encouraged."

I was not allowed to continue my education as they refused to allow me to access education even when discussed with the jail staff and they tampered with my food nor allowed me to sleep more than four hours at a time. It is a requirement for prisons to be allowed to continue their education under the **Torture Law** being discussed in this formal complaint.

I have multiple **Higher Education** degrees:

- Associate in Social and Behavioral Sciences
- Associate in Humanities and Languages
- Associate in American History
- Associate in Liberal Studies

Education is a serious subject in the United States of America and when the individual's education is interrupted while still on trial, still innocent, waiting to be found guilty or not will have detrimental effects on their future regardless of the trials outcome.

# RELIGIOUS DISCRIMINATION

*EVIDENCE 10 OF 14*

On **page 10** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "The Rules lay down minimum standards for registration; separation and classification of detainees; accommodation; sanitary installations; provision of food, drinking water, articles necessary for personal hygiene, clothing and bedding; **religious practice;**".

All without a religious book, materials or options to obtain anything with my Christian religion for a while. They would not heed to my requests for dietary restrictions which was religious discrimination at the physical level. This was requested multiple times **to sheriffs** and **multiple forms** to request a dietary meal were sent to **the kitchen**. This dietary plan was never completed, but instead the food was tampered with which caused a painful infection. The substances used in the food were a form of chemical smells. Without an accurate sense of items were placed into the servings, eating the particular dishes growing it was easy to understand there were additives in the portions which were not of usual food and could cause future complications of the digestive system.

This became a form of religious discrimination and being a Christian true to religion directly from the **The Holy Bible** itself and no other sources as a guideline, it came to be **Satanism** which is through the form of food tampering.

If you are not a firm believer in any religion such as an Atheist, it's known this behavior is atrocious even if religion is pushed aside. It's illegal under federal law as well.

18 U.S. Code § 1365 - Tampering with consumer products

> **(a)**Whoever, with reckless disregard for the risk that another person will be placed in danger of death or bodily injury and under circumstances manifesting extreme indifference to such risk, tampers with any consumer product that affects interstate or foreign commerce, or the labeling of, or container for, any such product, or attempts to do so, shall—

To prove the statement food tampering is Satanism, there referenced source is from the book, Pacts with the Devil: A Chronicle of Sex, Blasphemy & Liberation Paperback – April 1, 2017, by Christopher S. Hyatt (Author), S. Jason Black (Author, Illustrator), Nicholas Tharcher. The book states, "Organic substances used in magic: powdered blood and sperm, skin, hair and body parts; and semi-precious stones to make talismans." Organic substances were used in a person's food for Satanic Magic, this is where that behavior comes from. The old forms of Satanism.

With a very serious demeanor presenting this report, my initial thought would be to laugh, but when you really take some time to think about this. It no longer seems to be a joke and really understand the detrimental effects it's going to have on this country's future if this behavior is not corrected.

From the website, **How Satan curses food to be eaten by Christians**

"Jesus knew that most food is contaminated with demonic spirits. For this reason Jesus always asked our Father in Heaven to bless all food before Jesus ate it (see Mark 6:41)."

People need to understand the ones who hated Christians or Jesus put such materials into people's food to curse them, to make them sick as their spells were meant to cause them death or shorten the years of their life.

Source: https://preventsatan.com/how-satan-curses-food-to-be-eaten-by-christians/

To begin, I have a grave concern for the Sheriffs behavior at the Theo Lacy Facilities in Orange CA.

Do these Sheriffs have the mental capacity that above a toddler, as children around this age find it amusing to put items in another person's rations.

This is a crime and I understand the law well enough that this illegal under federal law.

**18 U.S. Code § 1365 - Tampering with consumer products**

**(a)**Whoever, with reckless disregard for the risk that another person will be placed in danger of death or bodily injury and under circumstances manifesting extreme indifference to such risk, tampers with any consumer product that affects interstate or foreign commerce, or the labeling of, or container for, any such product, or attempts to do so, shall—

> **(1)** in the case of an attempt, be fined under this title or imprisoned not more than ten years, or both;

> **(2)** if death of an individual results, be fined under this title or imprisoned for any term of years or for life, or both;

> **(3)** if serious bodily injury to any individual results, be fined under this title or imprisoned not more than twenty years, or both; and

> **(4)** in any other case, be fined under this title or imprisoned not more than ten years, or both.

**(b)** Whoever, with intent to cause serious injury to the business of any person, taints any consumer product or renders materially false or misleading the labeling of, or container for, a consumer product, if such consumer product affects interstate or foreign commerce, shall be fined under this title or imprisoned not more than three years, or both.

**(c)**

> **(1)**Whoever knowingly communicates false information that a consumer product has been tainted, if such product or the results of such communication affect interstate or foreign commerce, and if such tainting, had it occurred, would create a risk of death or bodily injury to another person, shall be fined under this title or imprisoned not more than five years, or both.

> **(2)** As used in paragraph (1) of this subsection, the term "communicates false information" means communicates information that is false and that the communicator knows is false, under

circumstances in which the information may reasonably be expected to be believed.

**(d)** Whoever knowingly threatens, under circumstances in which the threat may reasonably be expected to be believed, that conduct that, if it occurred, would violate subsection (a) of this section will occur, shall be fined under this title or imprisoned not more than five years, or both.

**(e)** Whoever is a party to a conspiracy of two or more persons to commit an offense under subsection (a) of this section, if any of the parties intentionally engages in any conduct in furtherance of such offense, shall be fined under this title or imprisoned not more than ten years, or both.

**(f)**

> **(1)** Whoever, without the consent of the manufacturer, retailer, or distributor, intentionally tampers with a consumer product that is sold in interstate or foreign commerce by knowingly placing or inserting any writing in the consumer product, or in the container for the consumer product, before the sale of the consumer product to any consumer shall be fined under this title, imprisoned not more than 1 year, or both.

> **(2)** Notwithstanding the provisions of paragraph (1), if any person commits a violation of this subsection after a prior conviction under this section becomes final, such person shall be fined under this title, imprisoned for not more than 3 years, or both.

> **(3)** In this subsection, the term "writing" means any form of representation or communication, including hand-bills, notices, or advertising, that contain letters, words, or pictorial representations.

**(g)** In addition to any other agency which has authority to investigate violations of this section, the Food and Drug Administration and the Department of Agriculture, respectively, have authority to investigate violations of this section involving a consumer product that is regulated by a provision of law such Administration or Department, as the case may be, administers.

**(h)** As used in this section—

  **(1)** the term "consumer product" means—

**(A)** any "food", "drug", "device", or "cosmetic", as those terms are respectively defined in section 201 of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 321); or

**(B)** any article, product, or commodity which is customarily produced or distributed for consumption by individuals, or use by individuals for purposes of personal care or in the performance of services ordinarily rendered within the household, and which is designed to be consumed or expended in the course of such consumption or use;

  **(2)** the term "labeling" has the meaning given such term in section 201(m) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 321(m));

  **(3)** the term "serious bodily injury" means bodily injury which involves—

    **(A)** a substantial risk of death;

    **(B)** extreme physical pain;

    **(C)** protracted and obvious disfigurement; or

    **(D)** protracted loss or impairment of the function of a bodily member, organ, or mental faculty; and

    **(4)** the term "bodily injury" means—

      **(A)** a cut, abrasion, bruise, burn, or disfigurement;

      **(B)** physical pain;

      **(C)** illness;

      **(D)** impairment of the function of a bodily member, organ, or mental faculty; or

      **(E)** any other injury to the body, no matter how temporary.

(Added Pub. L. 98–127, § 2, Oct. 13, 1983, 97 Stat. 831; amended Pub. L. 101–647, title XXXV, § 3544, Nov. 29, 1990, 104 Stat. 4926; Pub. L. 103–322, title XXXIII, § 330016(1)(L), (O), (Q), (S), Sept. 13, 1994, 108 Stat. 2147, 2148; Pub. L. 107–307, § 2, Dec. 2, 2002, 116 Stat. 2445.)

Source: https://www.law.cornell.edu/uscode/text/18/1365

Second, as the proper understanding that people who have such behavior contain under development of the brain, an undeveloped brain rather. They contain the mentality of a toddler. I never thought food tampering was funny nor have I ever been involved in it.

This would be equivalent to me walking over to these Sherrifs and effectively knocking some sense into them, but in reality, they would panic and open fire upon me with such a mentality. These people are losing a sense of reality.

Putting a badge and delegating authoritative responsibility to such individuals will certainly allow upward mobility into the government ranks. Giving the image such behavior is acceptable. This will cause a catastrophic crumble of the American society as a whole if it isn't corrected soon.

On a religious concern, these people do this at work and then enter the Churches. These people are not taught the spiritual consequences of their actions at many of these Churches. They do understand such behavior is eternally damning them.

As Jesus said the sin he will NOT forgive is cursing the Holy Spirit. Doing Satanism is speaking against the Holy Spirit.

The two major concerns is the, under development of these authoritative Sherrifs brain and their entrance into Heaven.

This isn't meant to destroy anyone's feelings this is very serious and major crimes are being committed and ignored by such authorities.

This country was meant for authorities to follow the laws and to lead by example. Not to break them and destroy American lives. The more American lives you destroy with my values, the weaker the American culture will become, and an

imminent collapse of the government will be so. Civil unrest will be rampant amongst the country.

To turn a blind eye is to lie. (**RECKLESS DISREGARD**)


**Biological Weapon Usage**

**18 U.S. Code § 175 - Prohibitions with respect to biological weapons**

They are using biological weapons in the masses and putting biological substances into the inmates foods, this is Bio-terrorism. This would also be considered a war crime at how heinous this behavior is viewed.

**This behavior was banned after World War I.**

# STATISTICS ON CRIME

*EVIDENCE 11 OF 14*

On **page 27** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "(f) **Statistics and other data** concerning the prevalence of the type of violation described in the submission.".

In 2020 a company named Project Innocence took over 3,300 of violent and sexual crimes. It was found 97% of people were found innocent.
There was only 2,400 inmates where I was being held prisoner.
That means all of the prisoners there could have potentially been innocent.
Roughly 150% of the inmates at Theo Lacy Facility could have been innocent.

Source: https://innocenceproject.org/research-resources/

These statistics should stimulate the conscience to understand that most of the people in these facilities are still awaiting trial and are still innocent under the law which are receiving similar treatment, just as I was innocent during these events presented.

How would you feel if your child, mother, father, brother, sister, family or a friend were to endure such an atrocity knowing they are innocent. This behavior needs to be corrected in the facilities across the United States of America.

Do you want your family or friends to suffer such an atrocity even though you know that they are innocent waiting to become free again?

# PROOF OF ATTEMPTS FOR REMEDIES

*EVIDENCE 12 OF 14*

On **page 15** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment**" it states, "Admissible communications are considered on their merits. **Within six months of the admissibility decision, the State party concerned must submit explanations or statements clarifying the case and indicating any steps taken to remedy the situation.** Such statements are transmitted to the author of the communication for comment. The Committee's final views on the case are forwarded to the author and the State party. When it finds that the Convention has been violated, the Committee requests the State party to inform it within 90 days of any measures taken to give effect to its views. The Committee's decisions declaring communications inadmissible and its views on admissible communications are published in its annual report. Reminders are sent to States parties that fail to report within three months on measures taken to remedy a situation that the Committee has found to be a violation of the Convention." Judge Larry Yellin was notified it was torture as I notified them publicly during my trials, I stated this a circus and American bullshit and I demanded my release from their torture chambers. I notified multiple jail staff, including but not limited to, guards, sheriffs, therapists, psychiatrists, psychologists, and other forms of authorities within the jail system who worked for this government. The local authorities are pathological liars which I dealt with had **reckless disregard** refused to hear me cite the international law of torture. America is becoming corrupt in some areas.

# PHYSICAL EVIDENCE OF POLICE



# REPORT

# EVIDENCE OF UNITED STATES DEPARTMENT OF JUSTICE




# EVIDENCE OF CONTACT WITH ORANGE COUNTY AUTHORITY





6:41    100%

🔒 p3tips.com/TipForm.aspx?ID=91

**Orange County (CA) Crime Stoppers** English ▾

Your information was submitted successfully. Use the credentials below to login and add additional information at any time. Also, please login often to see if any questions or messages have been left for you. Login through your browser on a PC, smart phone or other mobile devices. You can also call our hotline at 1-855-TIP-OCCS and refer to the Tip ID below to add additional information or check on the status of tip.

| Login Instructions |
|---|
| <u>Website</u>: www.p3tips.com |
| <u>Tip ID</u>: 913-M17178 |
| <u>Password</u>: 3P2J6M |

You may reach us by the following methods:
<u>Hotline</u>: 1-855-TIP-OCCS
<u>iOS or Android Mobile App</u>: P3 Tips
<u>Mobile or PC Browser</u>: www.p3tips.com



**CLICK HERE TO CHAT LIVE OR ADD INFO**

<u>Important</u>: Record the login information above somewhere safe. Thank you for submitting your tip. Please be aware that Crime Stoppers is a private, non-profit organization. The information you have provided does not constitute a police report. Your information will be reviewed and forwarded to the most appropriate law enforcement agency. Add follow-up information

---

1:21    11%

🔒 ociac.ca.gov/default.a   13 ⋮

**Orange County**
Intelligence and Assessment Center

**Thank you for your submission to**

**Orange County Intelligence Assessment Center (OCIAC)**

**Call 911 if this is an emergency**

Your Tracking Number is : 20210256

Follow-up questions?
Contact OCIACr <u>ociac@ociac.ca.gov</u> or call
(714) 289-3949



# EVIDENCE OF CONTACT WITH NATIONAL SECURITY AGENCY



# EVIDENCE OF CONTACT WITH FEDERAL BURAEU INVESTIGATION



# EVIDENCE OF AUTHORTATIVE CONTACT ARE FOUND IN ADDITIONAL ATTACHMENTS

# PROVISIONS OF FOOD

*EVIDENCE 13 OF 14*

On **page 35** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.**"

It states

"They have sometimes been described as falling into a "grey area" between torture and other forms of cruel, inhuman and degrading treatment or punishment owing to lack of evidence of the intentional or purposive element required by the term "torture". In assessing the severity of prison conditions, the Special Rapporteur on torture takes into consideration factors such as: the space at the disposal of detainees; the supply of water and other articles needed for personal hygiene; the provision of adequate clothing and bedding; **the quantity and quality** of food and drinking water; recreational facilities (including outdoor exercise); admission of visitors; provision of medical assistance; sanitation, heating, lighting and ventilation; the disciplinary regime; the complaints system; and the behavior of prison personnel."

It's found since the food had been tampered with this caused food to go to waste. This food which was wasted wasn't necessary as people struggle for food on a daily basis, food tampering caused the food portions to be less than what was meant to be provided. While chained up for punishment meals at times were skipped and causing again improper provisions for food. Given it's required that the quality and quantity be proper, while degrading the food with inhumane products it caused for a lack of quality and quantity of food. The food that went to waste is unacceptable and unnecessary due to immature and mentally unstable person(s). Food should not be wasted because it's meant to be eaten and enjoyed, it's hard to enjoy food which is tampered with and may become something which is not edible.

When things go to waste it's not something we should look at as a prank or humorous, it can cause serious damage to people's digestive systems.

They might think it's funny or a prank, but their immaturity and ignorance leaves them deaf to deadly actions. First this is a Government website, tampering with food can provide a deadly infection. Anyone putting something in someone's food could be **considered attempted murder**.

The United States of America government physicians Lauwers G, Mino-Kenudson M, Kradin RL.  Provide evidence this type of prank could become deadly.

Infections of the Gastrointestinal Tract

"Virtually all types of pathogenic microbes can cause gastrointestinal infection, so the diagnostic pathologist must be cognizant of their varied histologic manifestations and acquainted with the complex morphologic features of viruses, bacteria, fungi, and parasites. "

"Candidal infections can **result in significant morbidity and death**, especially in high-risk patients."

Playing with a person(s) food can cause a **deadly and painful reaction**.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7152102/

Lauwers G, Mino-Kenudson M, Kradin RL. Infections of the Gastrointestinal Tract. Diagnostic Pathology of Infectious Disease. 2010:215–54. doi: 10.1016/B978-1-4160-3429-2.00009-2. Epub 2010 Apr 28. PMCID: PMC7152102.

# FINAL AREA FOR JUDGMENT

*EVIDENCE 14 OF 14*

On **page 3** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.**"

*Torture seeks to annihilate the victim's personality and denies the inherent dignity of the human being. The United Nations has condemned torture from the outset as one of the vilest acts perpetrated by human beings on their fellow creatures.*

On **page 13** of the "**Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.**"

*"Under article 22, individuals may submit communications alleging violations of one or more provisions of the Convention by a State party that has recognized the Committee's competence to consider such communications (see annex 1, Model communication)."*

Many of these violations will settle differently amongst everyone, but most importantly even if **just one** of these rules are broken it constitutes as torture under international law of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

**UNIVERSAL DECLARATION OF HUMAN RIGHTS (1948, art. 5) INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS (1976, art. 7)" "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment."**



This incident has been reported to the
Santa Ana Police Department
and is pending approval

Santa Ana Police Department
60 Civic Center Plaza
Santa Ana, CA 92701
714-834-4211

## General Information
| | |
|---|---|
| Incident Type | Theft |
| Tracking Number | T21001386 |
| Report Date | 04/20/2021 02:48 PM |

## Reporting Person Information
| | |
|---|---|
| Name | hackworth, jethro |
| Home Address | 2424 N tustin AV, i8, Santa Ana, CA 92705, US |
| Contact Phone | 562-826-6871 |
| Email | jethrohackworth@gmail.com |
| Race | White |
| Ethnicity | NON-HISPANIC |
| Sex | MALE |
| DOB | 09/18/1988 |
| Age | 32 |
| Height | 601 |
| Weight | 240 |

## Incident Information
| | |
|---|---|
| Incident Location | 2424 N tustin AV, i8, Santa Ana, CA 92705 |
| Incident Time (start) | 04/20/2021 02:40 PM |
| Incident Time (end) | 04/20/2021 02:40 PM |
| Location Type | RESIDENCE / HOME |
| Theft Type | Other |
| Require Evidence to be Collected? | No |

## Property Information
**No 1**
| | |
|---|---|
| Type | OTHER |
| Model | unsure |
| How Many | 1 |
| Market Value ($) | 0 |
| Property Description | The Integrity of the United States. |

## Narrative
|  |  |
|---|---|
| | I walked to pick up my child from Fairhaven elementary school. Between 12:55pm and roughly 1:45pm. |
| Incident Description | The sound settings were tampered with at my computer who knows what else they did. It also smells like marijuana in this room now. |
| | I am willing to prosecute. |

Print This Report

 **The State Bar** *of California*

Date: 2/1/2021

# Attorney Misconduct Complaint

## Your Contact Information

| | |
|---|---|
| **Title:** | Mr. |

| **First name:** | Jethro | **Middle name:** | | **Last name:** | Hackworth |
|---|---|---|---|---|---|

| **Address:** | 15 Riverstone |
|---|---|

| **City:** | Irvine | **State:** | CA | **ZIP code:** | 92606 |
|---|---|---|---|---|---|

| **Email:** | zerrissen@gmail.com |
|---|---|

**Your telephone numbers:**

| **Home:** | (562) 826-6871 | **Work:** | | **Cell:** | |
|---|---|---|---|---|---|

## Attorney's Information

| **First name:** | Ryan | **Middle name:** | Paul | **Last name:** | Hubler |
|---|---|---|---|---|---|

| **Address:** | Ste 1350 500 N State College Blvd |
|---|---|

| **City:** | Orange | **State:** | CA | **ZIP code:** | 92868 |
|---|---|---|---|---|---|

| **Email:** | | **CA Bar License #:** | 267364 |
|---|---|---|---|

| **Primary phone:** | | **Other phone:** | |
|---|---|---|---|

| **Cell phone:** | | **Website:** | |
|---|---|---|---|

**Have you or a member of your family complained to the State Bar about this attorney previously?**

○ Yes  ◉ No

**Did you hire the attorney?**

○ Yes  ◉ No

**Does this complaint involve allegations of theft or misappropriation of funds?**

○ Yes  ◉ No

**Does this complaint involve allegations of attorney misconduct against a person 65 years of age or older?**

○ Yes  ◉ No

**Does this complaint involve allegations of attorney misconduct against a person who is incapacitated, infirm, disabled, incarcerated, an immigrant, or a minor?**

○ Yes  ◉ No

**Does this complaint involve allegations that the attorney has abandoned a client?**

1

# The State Bar *of California*

Date: 2/1/2021

## Attorney Misconduct Complaint

○ Yes   ◉ No

**Enter the approximate date you hired the attorney and the amount, if any paid to the attorney.**

**Date:**                                    **Amount paid:**

**What is your connection with the attorney? Explain briefly.**

This is the defense attorney for opposing side.

**Statement of Complaint**

**Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested.**

He lied to the judge stating that they asked for only specific documents and tried to have the case dropped. Then they tried to lie twice about to the judge on the follow up. Then the attorney said he has all of my documents through a subpoena. He cant keep a story straight.

---

## Related Court Case Information

| | |
|---|---|
| **Court name:** County | **Case name:** Jethro Hackworth v Vanguard University of Socal |
| **Case number:** ADJ13166525 | **Approx. date case was filed:** 2/1/2021 |

**Size of law firm complained about**   Unknown

**If you are not a party to this case, what is your connection with it? Explain briefly.**

---

## Attachments

☑ **No files attached**

2

# The State Bar *of California*

**Date:** 2/1/2021

## Attorney Misconduct Complaint

---

### Translation Information

☑ **Not applicable**

The State Bar accepts complaints in over 200 languages. If you need translation services to communicate with the State Bar, please let us know by completing this section of the complaint form. We will communicate with you through a translation service in the language of your choice. Do you need translation services?

○ Yes      ○ No

State the language in which you need formal translation:

---

### Submission

☑ **By checking this box I certify that all information on this form is true and correct. I understand that the content of my complaint can be disclosed to the attorney. I understand that I waive the attorney client privilege and any other applicable privilege between myself and the attorney to the extent necessary for the investigation and prosecution of the allegations. I also agree that the checkbox and my name typed below are to be used as my electronic signature.**

☑ **I understand that if the Office of Chief Trial Counsel (OCTC) prosecutes allegations contained in this complaint, I may be required to testify before the State Bar Court in order to prove the charge or charges or misconduct against the above-named attorney.**

☑ **I understand that every person who reports to the State Bar or causes a complaint to be filed with the State Bar that an attorney has engaged in professional misconduct, knowing the report or complaint to be false and malicious, is guilty of a misdemeanor.**

**Signature**     Jethro Hackworth

CASE: 8:21-CV-01314-DOC

You still owe me $998,791,000.

You illegally back dated a court document and I have this digitally logged and prove.

I won the case by default and your corrupted shithole country tried to cover it up.

I will receive this compensation one way or another.

Just so its documented I won legally, you cheated illegally.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of California ▾

| | |
|---|---|
| Jethro James Hackworth | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| United States of America | ) |
| | ) |
| | ) |
| See Attachment #1 | ) |
| _Defendant(s)_ | ) |

Civil Action No. 8:21-CV-01314-DOC

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Name: United States of America
Address: 1600 Pennsylvania Avenue NW, Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Name: Jethro Hackworth Middle: James
Address: 2424 N Tustin Ave #i8 Santa Ana 92705

Address subject to change.
Alternate Address: 2541 N Studebaker Rd Long Beach 90815

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:21-CV-01314-DOC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**CIV-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:<br><br>NAME:  Jethro James Hackworth<br>FIRM NAME: NA<br>STREET ADDRESS: 2424 N Tustin Ave APT #i8<br>CITY:  Santa Ana          STATE:  CA    ZIP CODE: 92705<br>TELEPHONE NO.:  562 826 6871      FAX NO.:<br>E-MAIL ADDRESS:  jethrohackworth@gmail.com<br>ATTORNEY FOR (name):  NA | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 411 W 4th St #1-053
MAILING ADDRESS: 411 W 4th St #1-053
CITY AND ZIP CODE: santa ana 92701
BRANCH NAME: Judicial

Plaintiff/Petitioner: Jethro James Hackworth
Defendant/Respondent: United States of America

| REQUEST FOR | [x] **Entry of Default** | [ ] **Clerk's Judgment** | CASE NUMBER: |
|---|---|---|---|
| **(Application)** | [✓] **Court Judgment** | | 8:21-CV-01314 |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* 11/16/2021
   b. by *(name):* Karen Scott
   c. [x] Enter default of defendant *(names):*

   United States of America

   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*
   United States of America
   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [x] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [x] for default previously entered on *(date):*

2. **Judgment to be entered.**

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint . . . . . . . . . . . . | $ 998,791,000 | $ | $ |
| b. | Statement of damages* | | | |
| | (1) Special . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| | (2) General . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. | Interest . . . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| d. | Costs *(see reverse)* . . . . . . . . . . . . . | $ | $ | $ |
| e. | Attorney fees . . . . . . . . . . . . . . . . . | $ | $ | $ |
| f. | **TOTALS** . . . . . . . . . . . . . . . . . . . . | $ 998,791,000 | $ | $ |
| g. | **Daily damages** were demanded in complaint at the rate of: $ na | | per day beginning *(date):* na | |

   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 11/16/2021

Jethro Hackworth                                                   ►
_____                          _____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT USE ONLY** | (1) [ ] Default entered as requested on *(date):* |
|---|---|
| | (2) [ ] Default NOT entered as requested *(state reason):* |
| | Clerk, by _____ , Deputy   **Page 1 of 2** |

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California CIV-100<br>[Rev. January 1, 2020] | **REQUEST FOR ENTRY OF DEFAULT**<br>**(Application to Enter Default)** | Code of Civil Procedure, §§ 585–587, 1169<br>*www.courts.ca.gov* |

CIV-100

| Plaintiff/Petitioner: | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** or compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:                            c. Telephone no.:

   b. Street address, city, and zip code:         d. County of registration:

                                               e. Registration no.:

                                             f. Expires on *(date):*

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action

   a. ☐ is ☒ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

   b. ☐ is ☒ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. ☐ is ☒ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐  **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

   b. ☒  **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

     (1)  Mailed on *(date):* 09/22/2021       (2)  To *(specify names and addresses shown on the envelopes):*

                                                          United States of America - Was electronically filed not physical mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 11/18/2021

Jethro James Hackworth ▶

(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees  . . . . . . . . . . . . . . . . . . .  $ 402

   b. Process server's fees  . . . . . . . . . . . . . . .  $

   c. Other *(specify):*                     $

   d.                               $

   e. **TOTAL**  . . . . . . . . . . . . . . . . . . . . . . . . .  $ 402

   f. ☐  Costs and disbursements are waived.

   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/16/2021

Jethro Hackworth ▶

(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

8. **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/16/2021

Jethro Hackworth ▶

(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

**(Application to Enter Default)**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form      Save this form      Clear this form

CIV-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:**     STATE BAR NO:<br>NAME: Jethro James Hackworth<br>FIRM NAME: NA<br>STREET ADDRESS: 2424 N Tustin Ave APT #i8<br>CITY: Santa Ana     STATE: CA   ZIP CODE: 92705<br>TELEPHONE NO.: 562 826 6871     FAX NO.:<br>E-MAIL ADDRESS: jethrohackworth@gmail.com<br>ATTORNEY FOR *(name)*: NA | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 411 W 4th St #1-053
MAILING ADDRESS: 411 W 4th St #1-053
CITY AND ZIP CODE: santa ana 92701
BRANCH NAME: Judicial

Plaintiff/Petitioner: Jethro James Hackworth
Defendant/Respondent: United States of America

| | | | |
|---|---|---|---|
| **REQUEST FOR**<br>(Application) | [x] **Entry of Default**<br>[✓] **Court Judgment** | [ ] **Clerk's Judgment** | CASE NUMBER:<br>8:21-CV-01314 |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* 11/16/2021
   b. by *(name):* Karen Scott
   c. [x] Enter default of defendant *(names):*
      United States of America

   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*
      United States of America
      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
        [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [x] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [x] for default previously entered on *(date):*

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint . . . . . . . . . . . | $ 998.791.000 | $ | $ |
| b. | Statement of damages* | | | |
| | (1) Special . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| | (2) General . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. | Interest . . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| d. | Costs *(see reverse)* . . . . . . . . . . . . | $ | $ | $ |
| e. | Attorney fees . . . . . . . . . . . . . . . . . | $ | $ | $ |
| f. | **TOTALS** . . . . . . . . . . . . . . . . . . . | $ 998.791.000 | $ | $ |

   g. Daily damages were demanded in complaint at the rate of: $ na      per day beginning *(date):* na
   *(\* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 11/16/2021

Jethro Hackworth
_____
(TYPE OR PRINT NAME)

▶ *Jethro Hackworth*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| | | | |
|---|---|---|---|
| **FOR COURT USE ONLY** | (1) [ ] Default entered as requested on *(date):*<br>(2) [ ] Default NOT entered as requested *(state reason):* | | |
| | | Clerk, by _____, Deputy | Page 1 of 2 |

**CIV-100**

| | |
|---|---|
| Plaintiff/Petitioner:<br>Defendant/Respondent: | CASE NUMBER: |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did   ☒ did **not**   or compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

　a.　Assistant's name:

　b.　Street address, city, and zip code:

　c.　Telephone no.:

　d.　County of registration:

　e.　Registration no.:

　f.　Expires on (date):

5. ☒ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

　a.　☐ is   ☒ is not   on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

　b.　☐ is   ☒ is not   on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

　c.　☐ is   ☒ is not   on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this Request for Entry of Default was

　a.　☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

　b.　☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

　　(1)　Mailed on (date): 09/22/2021

　　(2)　To (specify names and addresses shown on the envelopes): United States of America - Was electronically filed not physical mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date:  11/18/2021

| Jethro James Hackworth | *Jethro Hackworth* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

　a.　Clerk's filing fees　. . . . . . . . . . . . . . . . . . . .　$ 402
　b.　Process server's fees　. . . . . . . . . . . . . . . . .　$
　c.　Other (specify):　　　　　　　　　　　　　$
　d.　　　　　　　　　　　　　　　　　　　　　$
　e.　**TOTAL**　. . . . . . . . . . . . . . . . . . . . . . . . . . . .　$ 402
　f.　☐ Costs and disbursements are waived.
　g.　I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  11/16/2021

| Jethro Hackworth | *Jethro Hackworth* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

8. **Declaration of nonmilitary status** (required for a judgment). No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  11/16/2021

| Jethro Hackworth | *Jethro Hackworth* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |
|---|---|---|

**CIV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jethro James Hackworth | | |
| FIRM NAME: NA | | |
| STREET ADDRESS: 2424 N Tustin Ave APT #i8 | | |
| CITY: Santa Ana       STATE: CA    ZIP CODE: 92705 | | |
| TELEPHONE NO.: 562 826 6871       FAX NO.: | | |
| E-MAIL ADDRESS: jethrohackworth@gmail.com | | |
| ATTORNEY FOR (name): NA | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 411 W 4th St #1-053
MAILING ADDRESS: 411 W 4th St #1-053
CITY AND ZIP CODE: santa ana 92701
BRANCH NAME: Judicial

Plaintiff/Petitioner: Jethro James Hackworth
Defendant/Respondent: United States of America

| **REQUEST FOR** (Application) | [x] **Entry of Default** [✓] **Court Judgment** | [ ] **Clerk's Judgment** | CASE NUMBER: 8:21-CV-01314 DOC |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date):* 11/16/2021
   b. by *(name):* Karen Scott
   c. [x] Enter default of defendant *(names):*
      United States of America

   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*
      United States of America
      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [x] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [x] for default previously entered on *(date):*

2. Judgment to be entered.
| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . . | $ 998.791.000 | $ | $ |
| b. Statement of damages* | | | |
| (1) Special . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| (2) General . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. Interest . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| d. Costs *(see reverse)* . . . . . . . . . . . . | $ | $ | $ |
| e. Attorney fees . . . . . . . . . . . . . . . . . | $ | $ | $ |
| f. TOTALS . . . . . . . . . . . . . . . . . . . | $ 998.791.000 | $ | $ |

   g. Daily damages were demanded in complaint at the rate of: $ na       per day beginning *(date):* na
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 11/16/2021

Jethro Hackworth
(TYPE OR PRINT NAME)

▶  *Jethro Hackworth*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT USE ONLY** | (1) [ ] Default entered as requested on *(date):* | |
| | (2) [ ] Default NOT entered as requested *(state reason):* | |
| | Clerk, by _____, Deputy | Page 1 of 2 |

Form Adopted for Mandatory Use
Judicial Council of California CIV-100
[Rev. January 1, 2020]       **REQUEST FOR ENTRY OF DEFAULT** (Application to Enter Default)       Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

CIV-100

| Plaintiff/Petitioner: | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** or compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:                                 c. Telephone no.:

   b. Street address, city, and zip code:               d. County of registration:

                                                    e. Registration no.:

                                                      f. Expires on *(date)*:

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a))*. This action

   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

     (1) Mailed on *(date):* 09/22/2021       (2) To *(specify names and addresses shown on the envelopes):*
                                           United States of America - Was electronically filed not physical mail.

I declare under penalty of perjury under the laws of the State of California that the *foregoing items 4, 5, and 6 are true* and correct.

Date: 11/18/2021

Jethro James Hackworth                 ▶   *Jethro Hackworth*
_____        _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . . $ 402
   b. Process server's fees . . . . . . . . . . . . . . . . $
   c. Other *(specify):*                   $
   d.                                  $
   e. **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . $ 402
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/17/2022

Jethro Hackworth                     ▶   *Jethro Hackworth*
_____        _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

8. **Declaration of nonmilitary status** *(required for a judgment)*. No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the *foregoing is true and correct.*

Date: 01/17/2022

Jethro Hackworth                     ▶   *Jethro Hackworth*
_____        _____
(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2020]        **REQUEST FOR ENTRY OF DEFAULT**        Page 2 of 2
                     **(Application to Enter Default)**

For your protection and privacy, please press the Clear This Form button after you have printed the form.     [Print this form]   [Save this form]   [Clear this form]



# SANTA ANA POLICE DEPARTMENT
## CITIZEN'S COMPLAINT PROCEDURE AND FORM

## MESSAGE FORM THE CHIEF OF POLICE

The Santa Ana Police Department is committed to creating and maintaining a safe, secure, and enjoyable environment for community members and visitors alike. We strive to provide fair, courteous, responsive, and effective service equally to all people while observing each individual's dignity and worth.

Therefore, it is the policy of the Santa Ana Police Department to accept and thoroughly investigate all complaints of alleged misconduct by any member of the department. The complaint process has two goals: To correct improper employee conduct and to protect employees from unwarranted criticism when their actions were lawful and justified.

The packet will provide you with the necessary information you will need to file a personnel complaint with the department. You can be assured that your complaint will be given our full and complete attention.

Should you have any questions about your complaint or the complaint process you are encouraged to contact the Internal Affairs Division at 714-245-8011.

**David Valentin**
**CHIEF OF POLICE**



# SANTA ANA POLICE DEPARTMENT
# CITIZEN'S COMPLAINT PROCEDURE AND FORM

The complaint form, which is the last page of this packet, should be used to file your complaint. You can attach as many additional pages as you need, along with any supporting evidence you might have. A copy of your complaint will either be given to you at the time you file the complaint or by mail. After you complete the complaint form, sign and mail it to the address below, or bring it directly to the Police Department.

**MAIL COMPLAINT FORM TO:**

**SANTA ANA POLICE DEPARTMENT – M97**
**INTERNAL AFFAIRS DIVISION**
**P.O. BOX 1981**
**SANTA ANA, CA 92702**

## SUMMARY OF COMPLAINT PROCESS

After your complaint has been filed, it is assigned to be investigated. All available witnesses will be contacted, and any physical or other relevant evidence including records, reports, recordings and computer data will be collected and reviewed. You will be personally contacted by the investigating supervisor for an interview.

The completed investigation report is sent to the accused employee's manager for review and recommendation. The final disposition on the case will be made by the Chief of Police. When a complaint is sustained, the Chief will determine and administer appropriate corrective and/or disciplinary action up to, and including, termination.

State law generally requires the complaint investigation to be completed within one year of the Department becoming aware of it; however, the Chief of Police can modify this time frame depending on the complexity and sensitivity of the investigation or due to extenuating circumstances.

After the investigation has been completed and the Chief has made a final decision on the case, you will be notified of the results by mail.

If the employee receives disciplinary action as a result of your complaint, they have a right to appeal. This may include a hearing before the City Personnel Board, and you may be required to appear before the Board as a witness.



# <u>CITIZEN'S COMPLAINT PROCEDURES</u>

**HOW DO I FILE A COMPLAINT?**

We would prefer to talk with you about your complaint in person; however, complaints will be accepted by mail, telephone, or via the Department's internet web page, http://www.ci.santaana.ca.us/pd/commendationorcomplaint.asp . Concerns can often be addressed to the complaining party's satisfaction without requiring a formal complaint. You can contact the on-duty Watch Commander at **714-245-8700** to initiate or inquire about filing a complaint.

**WHO CAN MAKE A COMPLAINT?**

Anyone can file a complaint, if they truly and honestly believe a police employee has acted improperly.

**WHO INVESTIGATES A CITIZEN'S COMPLAINT?**

Complaints of alleged misconduct are typically investigated by Internal Affairs Division. Their investigation is reviewed by the manager of the involved employee and the Chief of Police.

**WHAT WILL HAPPEN TO THE EMPLOYEE?**

That will depend on the results of the investigation. If the employee is found to be at fault, the complaint will be SUSTAINED and the appropriate corrective and/or disciplinary action will be taken. If they acted properly, they will be EXONERATED. If the facts show that the complaint is false, the complaint will be UNFOUNDED. In those cases where the department is unable to determine the validity of the complaint and cannot arrive at any other conclusions, the complaint will be NOT SUSTAINED. If the investigation concludes that the involved employee's conduct was not misconduct but rather an issue of department service procedure, the department may revise the applicable policy or procedure.

**WHAT IS MY COMPLAINT INVOLVES CRIMINAL BEHAVIOR?**

The District Attorney's Office may be consulted on any complaint that alleges criminal conduct on the part of any employee. The District Attorney's Office may conduct an independent criminal investigation while the internal investigation is pending.

**WILL I BE TOLD OF THE RESULTS OF THE INVESTIGATION?**

YES – At the conclusion of the investigation and review by the Chief of Police, you will be notified of the results by mail as required by law. Due to legal restriction, you will only be given the finding of the investigation of whether your complaint was SUSTAINED, UNFOUNDED, EXONERATED, NOT SUSTAINED, or is one of SERVICE OR PROCEDURE. The department is prohibited by law from revealing specific personnel actions taken against an employee.



# CITIZEN COMPLAINT FORM

NAME __Jethro Hackworth__

HOME ADDRESS __2424 N Tustin Ave #i8 Santa Ana__

WORK ADDRESS _____

HOME PHONE __562826 6871__

HOME PHONE _____        WORK PHONE _____

CELL PHONE _____        EMAIL __jethrohackworth@gmail.com__

DATE OF BIRTH __09/18/1988__

INVOLVED EMPLOYEE(S)        NAME __unknown__        ID# _____

                            NAME __unkown__        ID# _____

DESCRIPTION IF NAME IS UNKNOWN __Dark hair, mustache, smaller maybe 5'10 and lighter skin.__

LOCATION OF OCCURRENCE __Home Address__

DATE OF OCCURRENCE __10/04/2021__        TIME __Afternoon__

DESCRIPTION OF EVENT (USE ADDITIONAL PAGES AS NECESSARY) __Bow and Arrows on property, no illegal activity commited.__

Arrested on false charges. Again some psychosis in the area is certain since one of the officers

asked me to sit in a chair that did not exit. So Its easily explained that nobody had an idea what was going on.

False claims, reports and hallucinations by everyone. I felt as if I was the only one on site with a clear head.

I highly recommend checking officers for drug use or mental stability for the safety of others and your other officers.

You have the right to make a complaint against a police officer for any improper police conduct. California law requires this agency to have a procedure to investigate citizens' complaints. You have a right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Citizen complaints and any reports or findings related to the complaints must be retained by this agency for at least five years.

I have read and understand the above statement, and have presented true and accurate facts.

YOUR SIGNATURE __Jethro Hackworth__        DATE __10/13/2021__

| OFFICE USE ONLY | | |
|---|---|---|
| SAPD EMPLOYEE RECEIVING COMPLAINT _____ | | |
| DATE _____ TIME _____ | COPY OF COMPLAINT GIVEN TO COMPLAINANT: YES | NO |



# SANTA ANA POLICE DEPARTMENT
## <u>CITIZEN'S COMPLAINT PROCEDURE AND FORM</u>

### MESSAGE FORM THE CHIEF OF POLICE

The Santa Ana Police Department is committed to creating and maintaining a safe, secure, and enjoyable environment for community members and visitors alike. We strive to provide fair, courteous, responsive, and effective service equally to all people while observing each individual's dignity and worth.

Therefore, it is the policy of the Santa Ana Police Department to accept and thoroughly investigate all complaints of alleged misconduct by any member of the department. The complaint process has two goals: To correct improper employee conduct and to protect employees from unwarranted criticism when their actions were lawful and justified.

The packet will provide you with the necessary information you will need to file a personnel complaint with the department. You can be assured that your complaint will be given our full and complete attention.

Should you have any questions about your complaint or the complaint process you are encouraged to contact the Internal Affairs Division at 714-245-8011.


**David Valentin**
**CHIEF OF POLICE**



# SANTA ANA POLICE DEPARTMENT
## <u>CITIZEN'S COMPLAINT PROCEDURE AND FORM</u>

The complaint form, which is the last page of this packet, should be used to file your complaint. You can attach as many additional pages as you need, along with any supporting evidence you might have. A copy of your complaint will either be given to you at the time you file the complaint or by mail. After you complete the complaint form, sign and mail it to the address below, or bring it directly to the Police Department.

**MAIL COMPLAINT FORM TO:**

**SANTA ANA POLICE DEPARTMENT – M97**
**INTERNAL AFFAIRS DIVISION**
**P.O. BOX 1981**
**SANTA ANA, CA 92702**

## SUMMARY OF COMPLAINT PROCESS

After your complaint has been filed, it is assigned to be investigated. All available witnesses will be contacted, and any physical or other relevant evidence including records, reports, recordings and computer data will be collected and reviewed. You will be personally contacted by the investigating supervisor for an interview.

The completed investigation report is sent to the accused employee's manager for review and recommendation. The final disposition on the case will be made by the Chief of Police. When a complaint is sustained, the Chief will determine and administer appropriate corrective and/or disciplinary action up to, and including, termination.

State law generally requires the complaint investigation to be completed within one year of the Department becoming aware of it; however, the Chief of Police can modify this time frame depending on the complexity and sensitivity of the investigation or due to extenuating circumstances.

After the investigation has been completed and the Chief has made a final decision on the case, you will be notified of the results by mail.

If the employee receives disciplinary action as a result of your complaint, they have a right to appeal. This may include a hearing before the City Personnel Board, and you may be required to appear before the Board as a witness.



# CITIZEN'S COMPLAINT PROCEDURES

**HOW DO I FILE A COMPLAINT?**
We would prefer to talk with you about your complaint in person; however, complaints will be accepted by mail, telephone, or via the Department's internet web page, http://www.ci.santaana.ca.us/pd/commendationorcomplaint.asp . Concerns can often be addressed to the complaining party's satisfaction without requiring a formal complaint. You can contact the on-duty Watch Commander at **714-245-8700** to initiate or inquire about filing a complaint.

**WHO CAN MAKE A COMPLAINT?**
Anyone can file a complaint, if they truly and honestly believe a police employee has acted improperly.

**WHO INVESTIGATES A CITIZEN'S COMPLAINT?**
Complaints of alleged misconduct are typically investigated by Internal Affairs Division. Their investigation is reviewed by the manager of the involved employee and the Chief of Police.

**WHAT WILL HAPPEN TO THE EMPLOYEE?**
That will depend on the results of the investigation. If the employee is found to be at fault, the complaint will be SUSTAINED and the appropriate corrective and/or disciplinary action will be taken. If they acted properly, they will be EXONERATED. If the facts show that the complaint is false, the complaint will be UNFOUNDED. In those cases where the department is unable to determine the validity of the complaint and cannot arrive at any other conclusions, the complaint will be NOT SUSTAINED. If the investigation concludes that the involved employee's conduct was not misconduct but rather an issue of department service procedure, the department may revise the applicable policy or procedure.

**WHAT IS MY COMPLAINT INVOLVES CRIMINAL BEHAVIOR?**
The District Attorney's Office may be consulted on any complaint that alleges criminal conduct on the part of any employee. The District Attorney's Office may conduct an independent criminal investigation while the internal investigation is pending.

**WILL I BE TOLD OF THE RESULTS OF THE INVESTIGATION?**
YES – At the conclusion of the investigation and review by the Chief of Police, you will be notified of the results by mail as required by law. Due to legal restriction, you will only be given the finding of the investigation of whether your complaint was SUSTAINED, UNFOUNDED, EXONERATED, NOT SUSTAINED, or is one of SERVICE OR PROCEDURE. The department is prohibited by law from revealing specific personnel actions taken against an employee.



# CITIZEN COMPLAINT FORM

NAME Jethro Hackworth

HOME ADDRESS 2424 N Tustin Ave #i8 Santa Ana

WORK ADDRESS

HOME PHONE 562826 6871                          WORK PHONE

CELL PHONE                                      EMAIL jethrohackworth@gmail.com

DATE OF BIRTH 09/18/1988

INVOLVED EMPLOYEE(S)     NAME unknown                    ID#

                         NAME unkown                     ID#

DESCRIPTION IF NAME IS UNKNOWN Dark hair, mustache, smaller maybe 5'10 and lighter skin.

LOCATION OF OCCURRENCE Home Address

DATE OF OCCURRENCE 10/04/2021                    TIME Afternoon

DESCRIPTION OF EVENT (USE ADDITIONAL PAGES AS NECESSARY) Bow and Arrows on property, no illegal activity commited.

Arressted on false charges. Again some psychosis in the area is certain since one of the officers

asked me to sit in a chair that did not exit. So Its easily explained that nobody had an idea what was going on.

False claims, reports and hallucinations by everyone. I felt as if I was the only one on site with a clear head.

I highly recommend checking officers for drug use or mental stability for the safety of others and your other officers.

You have the right to make a complaint against a police officer for any improper police conduct. California law requires this agency to have a procedure to investigate citizens' complaints. You have a right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Citizen complaints and any reports or findings related to the complaints must be retained by this agency for at least five years.

I have read and understand the above statement, and have presented true and accurate facts.

YOUR SIGNATURE  Jethro Hackworth                DATE 10/13/2021

| OFFICE USE ONLY |
| --- |
| SAPD EMPLOYEE RECEIVING COMPLAINT |
| DATE _____  TIME_____   COPY OF COMPLAINT GIVEN TO COMPLAINANT:  YES      NO |

# Electronic Tip Form

## Complete

Thank you for your submission.

- Submit your tip only once.
- Your tip is very important to us; however, we cannot guarantee you will be contacted with regard to your tip.

## Privacy Act Statement

This website is designed to allow you to provide tip information to the FBI to assist with its investigative and national security missions as set forth in 28 U.S.C. Chapter 33 and additional federal laws and executive orders. You are not required to provide your name or other personal information; however, your failure to supply requested information may impede or preclude the investigation of your tip by law enforcement agencies. By voluntarily providing information on this page, you are consenting to the FBI's use and maintenance of the information. Any information you provide on this website may be used for investigative purposes and may be shared as required by law or for other routine uses as permitted by the Privacy Act of 1974 and all applicable routine uses as may be published at any time in the Federal Register, including routine uses for the FBI's Central Records System, the FBI's Data Warehouse System, and the FBI's blanket routine uses. Visit the FBI's privacy policy page (https://www.fbi.gov/privacy_policy) for more information on the FBI's general privacy policy.



Privacy - Terms

## Submit a Tip: Federal Trade Commission

(https://www.ftc.gov/faq/consumer-protection/submit-consumer-complaint-ftc)



## Submit a Tip: Internet Crime Complaint Center (IC3)

(https://www.ic3.gov/default.aspx)

Privacy - Terms



Submit a Tip: Drug Enforcement Administration

(https://www.dea.gov/submit-tip)



## Submit a Tip: Department of Homeland Security

(https://www.ice.gov/webform/hsi-tip-form)



## Submit a Tip: National Center for Missing & Exploited Children

(http://www.missingkids.com/gethelpnow/cybertipline)



## Submit a Tip: Treasury Inspector General for Tax Administration

(https://www.treasury.gov/tigta/contact_report.shtml)

Privacy - Terms

**Most Wanted (https://www.fbi.gov/wanted)**

**News (https://www.fbi.gov/news)**

**What We Investigate (https://www.fbi.gov/investigate)**

**Services (https://www.fbi.gov/services)**

**Resources (https://www.fbi.gov/resources)**

**About (https://www.fbi.gov/about)**

**Contact Us (https://www.fbi.gov/contact-us)**

---

Accessibility (https://www.fbi.gov/accessibility) | eRulemaking (https://www.regulations.gov/) |
Freedom of Information/Privacy Act (https://www.fbi.gov/services/information-management/foipa) |
Legal Notices (https://www.fbi.gov/legalnotices) |
Legal Policies and Disclaimers (https://www.justice.gov/legalpolicies) | Links (https://www.fbi.gov/links) |
Privacy Policy (https://www.fbi.gov/privacy_policy) | USA.gov (https://www.usa.gov/) |
White House (https://www.whitehouse.gov/) |
No FEAR Act (https://www.justice.gov/jmd/eeo-program-status-report)
FBI.gov is an official site of the U.S. government, U.S. Department of Justice (https://www.justice.gov/)



## Complaint Referral Form
## Internet Crime Complaint Center

### Victim Information

Name: Jethro Hackworth
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: [None]
Address: 15 Riverstone
Address (continued):
Suite/Apt./Mail Stop:
City: Irvine
County:
Country: United States of America
State: California
Zip Code/Route: 92606
Phone Number: 5628266871
Email Address: jethrohackworth@gmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Potential gangstalking by a company. They have gone as far as sexual harassment. This person also inappropriately touched me too.

I have useful information on how they are doing this. This could be the root cause of some increased violence and mass attacks. They try to be annoying as possible but try not to leave any trace.

I can show you the techniques on how they are doing this too.

This is not a prank report I highly recommend my inquiry be taken seriously.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other      Please specify: Cameras

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

**Information About The Subject(s) Who Victimized You**

Name: Thomas Riggs
Business Name: Vanguard University
Address: 55 Fair dr
Address (continued):
Suite/Apt./Mail Stop:
City: Costa Mesa
Country: United States of America
State: California
Zip Code/Route: 92626
Phone Number: 18587613704
Email Address: thomas.riggs@vanguard.edu
Website: www,vanguard.edu
IP Address: 104.17.70.73

**Other Information**

If an email was used in this incident, please provide a copy of the entire email including full email headers.

N/A

Are there any other witnesses or victims to this incident?

Most likely the cameras. This happened on the north-west side of campus outside. Which is in front of the Costa Mesa City Hall.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

I attempted to contact the senators office of Kamala Harris in September as they are promoting these kinds of issues. I have interesting information on this subject and what they are doing too.

☐ Check here if this an update to a previously filed complaint:

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

<div style="border:1px solid black">

# Human Rights Council

# Complaint Procedure Form

</div>

- **You are kindly requested to submit your complaint in writing in one of the six official UN languages (Arabic, Chinese, English, French, Russian and Spanish) and to use these languages in any future correspondence;**
- **Anonymous complaints are not admissible;**
- **It is recommended that your complaint does not exceed eight pages, excluding enclosures.**
- **You are kindly requested not to use abusive or insulting language.**

---

**I. Information concerning the author (s) of the communication or the alleged victim (s) if other than the author**

---

Individual ☒  Group of individuals ☐  NGO ☐  Other ☐

Last name: ··········· Hackworth
First name(s): ·············· Jethro
Nationality: ··········· American
Address for correspondence on this complaint:
··········· 2424 N Tustin Ave APT i8 Santa Ana CA 92705
Tel and fax: (please indicate country and area code) ··········· +1 (562) 826-6871
E-mail: ··········· jethroHackworth@gmail.com
Website: ··········

Submitting the complaint:

On the author's own behalf: ☒
On behalf of other persons: ☐ (Please specify: ………………..)

---

**II. Information on the State concerned**

---

Name of the State concerned and, as applicable, name of public authorities responsible for the alleged violation(s): ·············· The United States of America, the whole damn country all of the authorities it seems so far.

---

**III. Facts of the complaint and nature of the alleged violation(s)**

---

1

**The complaint procedure addresses consistent patterns of gross and reliably attested violations of all human rights and all fundamental freedoms occurring in any part of the world and under any circumstances.**

Please detail, in chronological order, the facts and circumstances of the alleged violations including dates, places and alleged perpetrators and how you consider that the facts and circumstances described violate your rights or that of the concerned person(s).

1. Attempted murder, brake fluid was drained from my Honda Accord and caused an accident-causing hospitalization and other damages to my son in the vehicle. I have the full report and reported this to the local authorities. They placed a different reason for the cause of accident which was not what was provided.

2. ............................................................................................................................................Harassment for over 4 years

3. Tampering with food and drinks

4. Sexual harassment

5. Stalking

6. Negligence of ALL reported crimes

7. Financial damage

8. Reputation damage

9. Property damage

10. Potential paedophile stalkers attempting to engage with my 5-year-old son

11. Invasion of privacy

12. Theft

13. Burglary

14. Trespassing

15. Internet trespassing

16. Cyberstalking

17. Hacking into my home network potentially stealing sensitive information

18. Seems to have HIPAA Violations across the board too

19. Electronic damages rounding up to Federal level crimes

20. Multiple counts of fraud at grand theft levels

21. I was hit by an SUV which ran a stop sign not sure if this was intentional

2

22. Intentional coughing into my face while perpetrator was sick

23. The list can continue for a while

*(Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5")*

······································································································································
······································································································································
······································································································································
······································································································································
······································································································································

---

**IV. Exhaustion of domestic remedies**

**1**- Steps taken by or on behalf of the alleged victim(s) to exhaust domestic remedies– please provide details on the procedures which have been pursued, including recourse to the courts and other public authorities as well as national human rights institutions[*], the claims made, at which times, and what the outcome was:

······················Filed reports to: Local authorities, FBI, NSA, CIA, DHS, White House, Government representatives, United Nations, The Military using the Federal Tort Claim system which was diverted to the agencies I was complaining about which did not seem to have logical sense to me, and multiple countries at this point. So far one case was denied even though I fully did not agree with the outcome I mentioned I would respect their decision regardless because there was factual and visual proof of what happened.

**2**- If domestic remedies have not been exhausted on grounds that their application would be ineffective or unreasonably prolonged, please explain the reasons in detail:

································Who is left to contact in this country?

---

**V. Submission of communication to other human rights bodies**

**1**- Have you already submitted the same matter to a special procedure, a treaty body or other United Nations or similar regional complaint procedures in the field of human rights?

··············Yes, once to United Nations already. No response.

**2**- If so, detail which procedure has been, or is being pursued, which claims have been made, at which times, and the current status of the complaint before this body:

---

[*] National human rights institutions, established and operating under the Principles Relating to the Status of National Institutions (the Paris Principles), in particular in regard to quasi-judicial competence, may serve as effective means of addressing individual human rights violations.

3

.................................I sent in an email; I received no response.

| VI. Request for confidentiality |
|---|

In case the communication complies with the admissibility criteria set forth in Council resolution 5/1, kindly note that it will be transmitted to the State concerned so as to obtain the views of the latter on the allegations of violations.

Please state whether you would like your identity or any specific information contained in the complaint to be kept confidential.

Request for confidentiality (*Please tick as appropriate*):     Yes ☒          No ☐

Please indicate which information you would like to be kept confidential

Date: .........................04/21/2021                    Signature:
.............................Jethro Hackworth

N.B. The blanks under the various sections of this form indicate where your responses are required. You should take as much space as you need to set out your responses. Your complaint should not exceed eights pages.

| VII. Checklist of supporting documents |
|---|

Please provide copies (not original) of supporting documents (kindly note that these documents will not be returned) in one of the six UN official languages.

- Decisions of domestic courts and authorities on the claim made (a copy of the relevant national legislation is also helpful): ☒

- Complaints sent to any other procedure mentioned in section **V** (and any decisions taken under that procedure): ☒

- Any other evidence or supporting documents deemed necessary: ☒

**I have more to add once I am contacted as well. I have more evidence to collect.**

| VIII. Where to send your communications? |
|---|

Office of the United Nations High Commissioner for Human Rights
Human Rights Council Branch-Complaint Procedure Unit
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland

4

Fax: (+41 22) 917 90 11
E-mail: CP@ohchr.org
Website: http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx

**Complaint Referral Form**
**Internet Crime Complaint Center**

---

**Victim Information**

Name: jethro hackworth

Are you reporting on behalf of a business? [None]

Business Name:

Is the incident currently impacting business [None]
operations?

Age: 30 - 39

Address: 2424 N Tustin Ave APT i8

Address (continued):

Suite/Apt./Mail Stop:

City: Santa Ana

County: CA

Country: United States of America

State: California

Zip Code/Route: 92705

Phone Number: 5628266871

Email Address: jethrohackworth@gmail.com

Business IT POC, if applicable:

Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Someone did a remote wipe of the data on my phone. This was done over cell data around 4:00pm PST, not over wifi.

Serial # R58J40MMRMR
IMEI # 3577 5108 0490 649

Carrier Verizon.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other        Please specify: data damage

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Other Information**

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: jethro hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***



## Complaint Referral Form
## Internet Crime Complaint Center

### Victim Information

Name: Jethro Hackworth
Are you reporting on behalf of a business? [None]
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 2424 N Tustin Ave APT i8
Address (continued):
Suite/Apt./Mail Stop:
City: Santa Ana
County:
Country: United States of America
State: California
Zip Code/Route: 92705
Phone Number: 5628266871
Email Address: jhackworth0@ivc.edu
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

The person from the company was recording me illegally after I informed them it was illegal.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other      Please specify: Phone System

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

### Information About The Subject(s) Who Victimized You

Name:
Business Name:
Address:

Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number: 7472672721
Email Address: unknown@unknown.com
Website:
IP Address:

---

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

---

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*



**Complaint Referral Form**
**Internet Crime Complaint Center**

---

**Victim Information**

Name: Jethro Hackworth
Are you reporting on behalf of a business? [None]
Business Name:
Is the incident currently impacting business [None]
operations?
Age: [None]
Address: 2424 N Tustin Ave APT i8
Address (continued):
Suite/Apt./Mail Stop:
City: Santa Ana
County:
Country: United States of America
State: California
Zip Code/Route: 92705
Phone Number: 5628266871
Email Address: jhackworth0@ivc.edu
Business IT POC, if applicable:
Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

The tutor named Jorge from the Irvine Valley College asked me to masturbate and I felt uncomfortable. I beleive we need to open a large investigation in this school system as I get a sense of a highly organized crime unit in there.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other     Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Other Information**

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

---

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

---

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

---

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***



**Complaint Referral Form**
**Internet Crime Complaint Center**

---

### Victim Information

Name: jethro hackworth
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 2424 N Tustin Ave APT i8
Address (continued):
Suite/Apt./Mail Stop:
City: Santa Ana
County: orange
Country: United States of America
State: California
Zip Code/Route: 92705
Phone Number: 5628266871
Email Address: jethrohackworth@gmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

---

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Someone called trying to sound intimidating and told me to masturbate and was recording me when I said not to.

Illegal under California law.

time of call 12:07 PM PST

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: VOIP

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

### Information About The Subject(s) Who Victimized You

Name: unknown
Business Name: Client services inc
Address: unknown
Address (continued): unknown
Suite/Apt./Mail Stop:
City: Saint Charles
Country: United States of America
State: [None]
Zip Code/Route:
Phone Number: 6363894607
Email Address: unknown@clientservices.com
Website: https://www.clientservices.com/
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

n/a

Are there any other witnesses or victims to this incident?

probably the stalkers watching

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

not this one.

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: jethro hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**



## Complaint Referral Form
## Internet Crime Complaint Center

### Victim Information

Name: Jethro Hackworth
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 15 Riverstone
Address (continued):
Suite/Apt./Mail Stop:
City: Irvine
County: CA
Country: United States of America
State: California
Zip Code/Route: 92606
Phone Number: 5628266871
Email Address: jethrohackworth@gmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Received a second call from chase bank recording my conservation again with asking permission as I am located in California. Argued with me that he will not stop recording.

Call came from (210) 520-2593 at 8:11 AM.

California makes it a crime to record or eavesdrop on any confidential communication, including a private conversation or telephone call, without the consent of all parties to the conversation. See Cal. Penal Code § 632.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: Phone System

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Estabon
Business Name: JP Morgan Chase
Address: 270 Park Ave.
Address (continued):
Suite/Apt./Mail Stop:
City: New York
Country: United States of America
State: California
Zip Code/Route: 10017
Phone Number: 2105202593
Email Address: chase@email.chase.com
Website: www.chase.com (wwwbcchase.gslb.bankone.com)
IP Address: 159.53.224.21

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*



## Complaint Referral Form
## Internet Crime Complaint Center

### Victim Information

Name: Jethro Hackworth
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 15 Riverstone
Address (continued):
Suite/Apt./Mail Stop:
City: Irvine
County: CA
Country: United States of America
State: California
Zip Code/Route: 92606
Phone Number: 5628266871
Email Address: jethrohackworth@gmail.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Bridgette M518436(potential typo in digits couldn't hear the numbers well)
Call came in at 1:07 pm 8/13/2020 from 210 520 0457 to my number 562 826 6871 first representative I asked not to record me and she refused to stop recording.
Transferred to the supervisor who also refused to stop recording and refused to transfer me to another supervisor. To keep it clear there were two representatives I spoke with.

California makes it a crime to record or eavesdrop on any confidential communication, including a private conversation or telephone call, without the consent of all parties to the conversation. See Cal. Penal Code § 632.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: phone system

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Bridgette
Business Name: JP Morgan Chase Bank
Address: 383 Madison Avenue
Address (continued):
Suite/Apt./Mail Stop:
City: New York City
Country: United States of America
State: New York
Zip Code/Route: 10017
Phone Number: 2105200457
Email Address: chase@email.chase.com
Website: chase.com
IP Address: 159.53.224.21

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*



## Complaint Referral Form
## Internet Crime Complaint Center

---

**Victim Information**

Name: Jethro Hackworth

Are you reporting on behalf of a business? [None]

Business Name:

Is the incident currently impacting business [None]
operations?

Age: 30 - 39

Address: 2424 N Tustin Ave APT i8

Address (continued):

Suite/Apt./Mail Stop:

City: Santa Ana

County:

Country: United States of America

State: California

Zip Code/Route: 92705

Phone Number: 5628266871

Email Address: jethrohackworth@ivc.edu

Business IT POC, if applicable:

Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

I called the Orlando police department to make sure the police who were hit and attacked received their mental evaluations.

The operator recorded me illegally.

Both California and Florida are two party states.

Under Fla. Stat. 934.03, secretly audio recording another individual is a 3rd Degree Felony offense, punishable by up to five years in prison and a $5,000 fine.

Called (321) 235-5300 8:53am, today 09/27/2021 from California.

Which of the following were used in this incident? (Check all that apply.)

☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☐ Other      Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | [None] |
| State: | [None] |
| Zip Code/Route: | |
| Phone Number: | 3212355300 |
| Email Address: | unknown@unknown.com |
| Website: | |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Jethro Hackworth

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**

 An official website of the United States government
Here's how you know

 **The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.

 **The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

View the latest ICE guidance on COVID-19

## ICE Check-in

Get information about how to check in with your local ICE Office here.

Reportándose con ICE: Obtenga información sobre cómo reportarse a su oficina local de ICE aquí.

🌐 View in other languages

 **U.S. Immigration and Customs Enforcement**

**Call 1-866-DHS-2-ICE**
Report Crime

ICE    CONTACT

# ICE Tip Form

**OMB Control Number: 1653-0049**
**Expiration Date: 07/31/2023**

U.S. Immigration and Customs Enforcement (ICE) investigates more than 400 violations of criminal law, ranging from child exploitation to transnational gangs. Use this form to report suspected criminal activity.

Be as specific and as detailed as possible. You are encouraged to provide any additional identifying details such as places of birth, countries of citizenship, and any numeric identifiers in the below narrative text box. The detailed information you provide will assist investigators as they look into reported violations.

We do not provide status updates for tip information provided. If you provide information, you can be assured that it will be promptly forwarded to the responsible office for follow up action as deemed appropriate.

Do NOT send the same information more than once, and do NOT file a duplicate report by calling the ICE

Tip Line.

Although there is absolutely no guarantee that tip information provided will result in monetary payments, ICE has the discretion and statutory authorization to pay for information and/or evidence that is used in support of criminal investigations.

Anonymous tips may be reported on this form and may also be reported to ICE via the toll-free ICE Tip Line, (866) 347-2423

TTY for hearing impaired only: || TTY para personas con discapacidad auditiva solamente: (802) 872-6196

## If this is an emergency, call 911.

\*    Required Fields

Thank you, your submission has been received.

# I. Your information

First name:

Last name:

Email:

example@mail.com

Phone number:

(555 555 5555)

where are you reporting from?

Inside the U.S.

Outside of the U.S.

# II. Suspected Violation

Please check the violation that best applies*

Benefit/Marriage Fraud

Bulk Cash Smuggling/Financial Crimes

Child Exploitation/Pornography

Cyber Crimes

Employment/Exploitation of Unlawful Workers

F/M Student Violations, Including OPT

Fugitive Criminal Alien

Gang Related

Human Rights Violators

Human Smuggling

Human Trafficking (Forced Labor/Slavery)

Immigration Telefraud

Intellectual Property Rights

Narcotics Smuggling

Terrorism Related

Trade Exportation Violation

Trade Importation Violation

Weapons Smuggling

Other (i.e., COVID-19 Fraud, Illegal Immigration, etc.)

## Location of Criminal Activity (if known)

**Street Address:**

(line 1):

(line 2):

City:

State:*

- Select -

Zip Code:

# III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

Have you previously submitted this information to any law

enforcement or government agency?*

Yes

No

Please provide a summary of the criminal activity (limit 1,000 characters). :*

1000 characters remaining

Did you have additional businesses/individuals to report on?*

Yes

No

## PRIVACY NOTICE

**Authority**: The collection of information that you provide in this web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. § 1103; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code; 19 U.S.C. § 1589a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301; and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's public website, available at www.ice.gov/site-policies.

**Purpose:** ICE may use the information you provide to initiate and/or support a law enforcement investigation. ICE may use your personal information, if provided, to contact you for additional details about your tip, or to arrange monetary payment, if applicable.

**Agency Disclosure of Information**: The information you provide may be shared internally within DHS for any appropriate official purpose. The information you provide may also be shared with federal, state, local, tribal, territorial, and foreign law enforcement agencies in order to refer reports of suspicious activity, tips,

potential violations of law and other relevant information to those agencies with appropriate jurisdiction, authorities, and need-to-know concerning the matter(s) you report, or as otherwise required by law.

If you are a United States Citizen, lawful permanent resident, or are an individual whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the DHS/ICE-016 FALCON Search and Analysis System of Records Notice (SORN), which can be viewed at https://www.dhs.gov/system-records-notices-sorns.

**Disclosure:** Providing your name or other personal information on this web form is voluntary. If you do not provide the requested information, ICE may not be able to take action on your tip. While ICE makes every reasonable effort to maintain anonymity, it is possible that your Internet Protocol (IP) address could be part of a report if you chose to report a tip via the Internet.

**Public Reporting Burden:** U.S. Immigration and Customs Enforcement is collecting this information as a part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the data needed and completing and reviewing this collection of information is 10 minutes (0.166 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to, an information collection unless it displays a currently valid OMB Control Number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer, Forms Management Office, 801 I Street NW, Washington, DC 20536-5800, ATTN: PRA Officer. **Do not return the completed form to this address.**

### WARNING REGARDING KNOWINGLY PROVIDING FALSE INFORMATION

The information I've provided on this form is correct to the best of my knowledge. I understand that providing false information could subject me to fine, imprisonment, or both. (Title 18, U.S.C. § 1001).

### CAPTCHA

This question is for testing whether or not you are a human visitor and to prevent automated spam submissions.

| | |
|---|---|
| ☐ I'm not a robot | reCAPTCHA<br>Privacy - Terms |

**Submit**      **Reset**

Updated: 01/25/2021

## RELATED INFORMATION                                                    —

Homeland Security Investigations                ICE Tip Line: 866-DHS-2-ICE

HSI SAC Offices

## CONNECT WITH #ICE                                                        —

🔲 Facebook

🐦 Twitter

▶️ YouTube

📷 Instagram

🔳 Flickr

in LinkedIn

🔲 RSS

## INFORMATION LIBRARY                                                      —

Detention Policies

Facility Inspections

Fact Sheets

Federal Register Notices

Forms

Freedom of Information Act

Legal Notices

Metrics

Speeches & Testimonies

Statements

Statistics

PARTNERS                                                                                              —

DHS

USCIS

TSA

FEMA

USSS

CISA

CBP

USCG

FLETC

Accessibility

Accountability

Archive

Data

Intellectual Property Policy

No Fear Act

OIG

Privacy Policies

Site Map

Site Policies & Plugins

Web Content Inventory

inc report: i201106918 IPD - Break in

report number: 1915966 - attempted murder



DEPARTMENT OF INDUSTRIAL RELATIONS
WORKERS' COMPENSATION ETHICS ADVISORY COMMITTEE

### Complaint About a Workers' Compensation Administrative Law Judge
(Labor Code §123.6 and Title 8, Cal. Code Regs. §9722.1)

Date: 2/1/21

Your name: Jethro Hackworth

Your telephone number: 562 826 6871

Your address: 15 Riverstone Irvine CA 92606

Your attorney's name (if any): NA

Your attorney's phone number: NA

Judge's name: Thomas Maupin

WCAB Case No.: ADJ13166525

Name of the WCAB case: Jethro Hackworth v Vanguard University of Socal

In the space below, please specify exactly what action or behavior
of the judge you believe is an ethical violation.
Please provide relevant dates and the names of others present.
Use additional sheets if needed.

I wanted to limit my medical release to the defense team as they have already been caught lying to the judge.

The judge Thomas Maupin explained:

That the material of medical release forms would be reviewed and discussed on what was relevant and let the defense team look at it.

*It may be a felony to make or cause to be made any knowingly false or fraudulent material statements in support of, or in opposition to, any claim for workers' compensation benefits. Your signature below indicates that you have read and understood the above statement.*

Date: 2/1/21          Signature:

Return to:     Department of Industrial Relations
               Workers' Compensation Ethics Advisory Committee
               P.O. Box 420603
               San Francisco, CA 94142-0603

*Note: Filing a complaint with the Ethics Advisory Committee is NOT a Petition for Reconsideration or Appeal of an Award or Order. Filing a complaint will NOT result in a reversal or change in any decision already made by the judge.*



DEPARTMENT OF INDUSTRIAL RELATIONS
WORKERS' COMPENSATION ETHICS ADVISORY COMMITTEE

### Complaint About a Workers' Compensation Administrative Law Judge
(Labor Code §123.6 and Title 8, Cal. Code Regs. §9722.1)

Date: 2/1/21

Your name: Jethro Hackworth

Your telephone number: 562 826 6871

Your address: 15 Riverstone Irvine CA 92606

Your attorney's name (if any): NA

Your attorney's phone number: NA

Judge's name: Thomas Maupin

WCAB Case No.: ADJ13166525

Name of the WCAB case: Jethro Hackworth v Vanguard University of Socal

In the space below, please specify exactly what action or behavior
of the judge you believe is an ethical violation.
Please provide relevant dates and the names of others present.
Use additional sheets if needed.

I wanted to limit my medical release to the defense team as they have already been caught lying to the judge. The judge Thomas Maupin explained: That the materical of medical release forms would be reviewed and discussed on what was relevant and let the defense team look at it. Then I asked him the same question and he(the judge) said all if it will have to go to the defense team. I received two different answers and I don't feel he is confidant in his answers.He also made a reference to masturbate which was strange.

*It may be a felony to make or cause to be made any knowingly false or fraudulent material statements in support of, or in opposition to, any claim for workers' compensation benefits. Your signature below indicates that you have read and understood the above statement.*

Date: 2/1/21          Signature:

Return to:     Department of Industrial Relations
               Workers' Compensation Ethics Advisory Committee
               P.O. Box 420603
               San Francisco, CA 94142-0603

*Note: Filing a complaint with the Ethics Advisory Committee is NOT a Petition for Reconsideration or Appeal of an Award or Order. Filing a complaint will NOT result in a reversal or change in any decision already made by the judge.*



DEPARTMENT OF INDUSTRIAL RELATIONS
WORKERS' COMPENSATION ETHICS ADVISORY COMMITTEE

**Complaint About a Workers' Compensation Administrative Law Judge**
(Labor Code §123.6 and Title 8, Cal. Code Regs. §9722.1)

Date: 2/1/21

Your name: Jethro Hackworth

Your telephone number: 562 826 6871

Your address: 15 Riverstone Irvine CA 92606

Your attorney's name (if any): NA

Your attorney's phone number: NA

Judge's name: Thomas Maupin

WCAB Case No.: ADJ13166525

Name of the WCAB case: Jethro Hackworth v Vanguard University of Socal

In the space below, please specify exactly what action or behavior
of the judge you believe is an ethical violation.
Please provide relevant dates and the names of others present.
Use additional sheets if needed.

I wanted to limit my medical release to the defense team as they have already been caught lying to the judge.

The judge Thomas Maupin explained:

That the matetical of medical release forms would be reviewed and discussed on what was relevant and let the defense team look at it.

*It may be a felony to make or cause to be made any knowingly false or fraudulent material statements in support of, or in opposition to, any claim for workers' compensation benefits. Your signature below indicates that you have read and understood the above statement.*

Date: 2/1/21              Signature: _____

Return to:    Department of Industrial Relations
Workers' Compensation Ethics Advisory Committee
P.O. Box 420603
San Francisco, CA 94142-0603

*Note: Filing a complaint with the Ethics Advisory Committee is NOT a Petition for Reconsideration or Appeal of an Award or Order. Filing a complaint will NOT result in a reversal or change in any decision already made by the judge.*

# Judges and Judicial Ethics

All Workers' Compensation Administrative Law Judges must follow the California Code of Judicial Ethics. A copy of the Code is available for inspection at any Workers' Compensation Appeals Board office. A copy of the Code may be obtained for the cost or reproduction ($2.00) by writing to:

> Division of Workers' Compensation
> P.O. Box 420603
> San Francisco, CA 94142-0603

Please make your $2.00 check or money order payable to "Division of Workers' Compensation."

**If you have evidence that a Worker's Compensation Administrative Law Judge has violated the Code of Judicial Ethics, you may complain either to:**

> **The *Presiding Workers' Compensation Judge***
> **at the Workers' Compensation Board district office**
> **where the judge is employed;**

**or to:**

> **Workers' Compensation Ethics Advisory Committee**
> **Department of Industrial Relations**
> **P.O. Box 420603**
> **San Francisco, CA 94142-0603**

The Workers' Compensation Ethics Advisory Committee is an independent state committee. The Committee receives and monitors complaints against Workers' Compensation Administrative Law Judges.

Complaints must be in writing and must allege **specific conduct** which violates the Code. Please use the complaint form which is available free at every Appeals Board office.

Examples of Code violations are abusive conduct (e.g. threats, harassment, profanity), expressions of bias or prejudice, accepting a payment or gift from a litigant, intoxication, etc.

**A ruling by a judge - no matter how wrong that ruling is - is not by itself an ethical violation.** If you think the Judge made a wrong decision in your case, you should consult with a lawyer or an Information & Assistance Officer. You may have the right to file a petition for reconsideration or to seek some other legal remedy to correct the wrong ruling.  You should act promptly.  One normally has only 20 days to appeal any decision of a Workers' Compensation Judge.

***Note:  Filing a complaint with the Ethics Advisory Committee is NOT a Petition for Reconsideration or Appeal of an Award or Order.  Filing a complaint will NOT result in a reversal or change in any decision already made by the judge.***

# If you have a complaint against

## *An Attorney*

Complaints against attorneys -- either your own or your opponent's -- may be addressed to:

> The State Bar of California
> 180 Howard Street
> San Francisco, CA 94105-1617
> 1-800-843-9053 (toll free in California)
> 213-765-1200 (from outside California)

## *An Insurance Company*

Department of Insurance or DWC Audit Unit

> Department of Insurance
> Claims Service
> 300 So. Spring Street
> Los Angeles, CA 90013
> (800) 927-4357
> (213) 987-8921

> Division of Workers' Compensation
> Audit Unit
> 2424 Arden Way, Suite 305
> Sacramento, CA 95825-2403
> (916) 263-2710

## *A Physician*

Medical Board of California or Industrial Medical Council

> Department of Consumer Affairs
> Medical Board of California
> 1426 Howe Avenue
> Sacramento, CA 95825
> (800) 633-2322
> (Toll Free Complaint Line)

If your complaint concerns a Qualified Medical Evaluator (QME):

> Division of Workers' Compensation
> Medical Unit
> P. O. Box 71010
> Oakland, CA 94612
> (510) 286-3700

## *Any Personnel of the Division of Workers' Compensation except a judge*

> Administrative Director
> Division of Workers' Compensation
> P.O. Box 420603
> San Francisco, CA 94142-0603

# Online Complaint Form



**COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE**

*Confidential under California Constitution Article VI, Section 18, and Commission Rule 102*

**For instructions on filling out and submitting this form, please visit the commission's [Online Complaint Instructions webpage](#).**

## Your information

### ⊗ Complainant 1

**Your name** *
| Jethro | Middle | Hackworth |

**Your email** *
| zerrissen@gmail.com |

**Your telephone number:** *
| (562) 826-6871 |

**Your address:** *
| 15 Riverstone |
| Address Line 2 |
| Irvine | California | 92606 |

[ + Add Complainant ]

## Your attorney (if any)

### ⊗ Attorney 1

**Your attorney's name**
| First | Middle | Last |

**Your attorney's email**

**Your attorney's telephone number:**

[ + Add Attorney ]

## Judge and conduct

### ⊗ Judge 1

**Name of judge:**
| Thomas | Middle | Maupin |

**Or Name of court commissioner or referee:**
| na | Middle | na |

*(If your complaint involves a court commissioner or referee, you must first submit your complaint to the local court. If you have done so, please attach copies of your correspondence to and from that court.)*

**Court Level** *
○ Superior Court   ● Court of Appeal   ○ Supreme Court   ○ State Bar Court

**Court of Appeal District** *
● First   ○ Second   ○ Third   ○ Fourth   ○ Fifth   ○ Sixth

**Type of court case** *
○ None   ○ Criminal   ○ Family Law   ○ General Civil   ○ Small Claims   ○ Traffic   ● Other

**Case name**                                    **Case number**

| Jethro Hackworth V Vanguard University of Southern California | | ADJ13166525 |

**Your relationship to the case** *

( ) Litigant/Family/Friend   ( ) Attorney   ( ) Judge/Court Staff   ( ) Other

**Date or dates conduct occured:** *

| 02/01/2021 |

Please specify what action or behavior of the judge, court commissioner or referee is the basis of your complaint. Provide relevant dates and the names of others present. (Attach additional pages if necessary.)

> He originally agreed that I only need to sign a release form for specific medical documents.
>
> Now he stated I need to release all of my medical documents.
>
> The attorney is lying as well and seems to be close with the judge.

**File Upload**

| Upload |   or drag files here.

If a court document, such as a minute order or transcript, or an audio or video recording shows the misconduct, you may submit a copy (avoid sending originals) or mention it in your complaint. If your complaint involves a court commissioner or referee, please attach copies of your correspondence to and from that court.

[ + Add Judge ]

[ Submit ]



**This incident has been reported to the
Irvine Police Department
and is pending approval**

Irvine Police Department
1 Civic Center Plaza
Irvine, CA 92606
949-724-7200

## General Information
Incident Type                 Attempted Theft
Tracking Number               T20002348
Report Date                   11/14/2020 06:42 PM

## Reporting Person Information
Name                          Hackworth, Jethro James
Home Address                  15 Riverstone, Irvine, CA 92606, US
Home Phone                    562-826-6871
Mobile Phone                  562-826-6871
Email                         jethrohackworth@gmail.com
Sex                           Male
DOB                           09/18/1988
Driver License No             D8053329
Licensing State               CA

## Incident Information
Incident Location             15 Riverstone, Irvine, CA 92606
Incident Time (start)         11/14/2020 05:25 PM
Incident Time (end)           11/14/2020 06:03 PM
Location Type                 Condo/townhouse

## Narrative

Incident Description          I left my home for a short time and when I cam back. Two lights were on that
                              must be turned on from inside. I did not leave these on and nobody else was
                              home. Someone accessed the home without permission.

Print This Report



**This incident has been reported to the
Santa Ana Police Department
and is pending approval**

Santa Ana Police
Department
60 Civic Center Plaza
Santa Ana, CA 92701
714-834-4211

## General Information

| | |
|---|---|
| Incident Type | Vehicle Burglary- Theft of Vehicle Parts/Accessories |
| Tracking Number | T21000744 |
| Report Date | 02/25/2021 01:01 PM |

## Reporting Person Information

| | |
|---|---|
| Name | Hackworth, Jethro |
| Home Address | 2424 tustin AV, 8, Santa Ana, CA 92705, US |
| Contact Phone | 562-826-6871 |
| Email | jethrohackworth@gmail.com |
| Sex | MALE |
| DOB | 09/18/1988 |

## Incident Information

| | |
|---|---|
| Incident Location | 2429 Tustin Ave AV, Santa Ana, CA |
| Incident Time (start) | 02/23/2021 11:00 PM |
| Incident Time (end) | 02/25/2021 08:00 AM |

## Property Information
### No 1

| | |
|---|---|
| Type | VEHICLE PARTS / ACCESSORIES |
| Brand | UHAUL |
| Model | UHAUL |
| Color | White |

How Many                      1

Market Value ($)              328.07

Property Description          UHAUL Truck was taken by Santa Ana Club even
                              though I paid for food

## Narrative

                              Paid for food at location which said customer
                              parking.
                              Rested a while.
Incident Description          Found truck had been towed.
                              Charged me $315
                              and uber was $13.07

                              Proof of receipt for purchase.

**Print This Report**

## Individual Information

| | |
|---|---|
| **Prefix** | Mr. |
| **First Name** | Jethro |
| **Middle Name** | James |
| **Last Name** | Hackworth |
| **Suffix** | |
| **Email** | zerrissen@gmail.com |
| **Phone** | 5628266871 |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | 15 RIVERSTONE |
| **Address Line 2** | |
| **City** | IRVINE |
| **State** | California |
| **Postal** | 92606 |

## Agreement to Pay

| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages. |
|---|---|

## Proof Of Affiliation for Fee Waiver

| Waiver Explanation | Limited resources of income. |
|---|---|

| Documentation Files | the_debt.PNG |
|---|---|

## Privacy Act

| US Citizen | True |
|---|---|

| Prefix | Mr. |
|---|---|

| First Name | Jethro |
|---|---|

| Middle Name | James |
|---|---|

| Last Name | Hackworth |
|---|---|

| Suffix | |
|---|---|

| Date of Birth | 1988/09/01 |
|---|---|

| Place of Birth | Artesia |
|---|---|

| Additional Information | Any updates on any reports or tips I may have submitted could be helpful too. |
|---|---|

## Expedite

**Expedite Reason**    the lack of expedited treatment could reasonably be expected to pose a
threat to someone's life or physical safety.

# U.S. DEPARTMENT OF THE TREASURY

## SERVICES

Report Fraud Waste and Abuse

Bonds and Securities

Treasury Financial Assistance

Treasury Payments

Currency and Coins

**Treasury Auctions**

The Multiemployer Pension Reform Act of 2014

Education

Taxes

Forms

Government Shared Services

Tours and Library

## Treasury Auctions

Each year approximately 300 public auctions are conducted throughout the U.S. and Puerto Rico to sell property forfeited as a result of violations of federal law enforced by the Department of the Treasury or nonpayment of Internal Revenue Service taxes.

# PROPERTY AUCTIONED BY THE INTERNAL REVENUE SERVICE (IRS)

- Real Estate, Vehicles, and other merchandise

# TREASURY EXECUTIVE OFFICE FOR ASSET FORFEITURE (TEOAF)

Property seized/forfeited due to violations of federal laws enforced by the U.S. Department of the Treasury and the U.S. Department of Homeland Security, auctioned by the Treasury Executive Office for Asset Forfeiture (TEOAF).

- Real Estate
- General Property, Vehicles, Vessels & Aircraft
- Additional Cars (in cooperation with the U.S. Department of Homeland Security)

Sales proceeds from TEOAF auctions are deposited in the Treasury Forfeiture Fund. Revenues from the Treasury Forfeiture Fund are used for law enforcement activities and for restitution to victims of fraud. To contact the TEOAF in Washington, DC or for general inquiries about TEOAF use our Online General Feedback form or call 202-622-9600.

Other Federal and State Government Auctions and Sales



This incident has been reported to the
Santa Ana Police Department
and is pending approval

Santa Ana Police Department
60 Civic Center Plaza
Santa Ana, CA 92701
714-834-4211

## General Information

| | |
|---|---|
| Incident Type | Theft |
| Tracking Number | T21001332 |
| Report Date | 04/15/2021 05:53 PM |

## Reporting Person Information

| | |
|---|---|
| Name | hackworth, jethro |
| Home Address | 2424 N Tustin AV, i8, Santa Ana, CA 92705, US |
| Contact Phone | 562-826-6871 |
| Email | jethrohackworth@gmail.com |
| Race | White |
| Ethnicity | NON-HISPANIC |
| Resident Status | Resident |
| Sex | MALE |
| DOB | 09/18/1988 |
| Age | 32 |
| Height | 601 |
| Weight | 240 |
| Eye Color | GREEN |
| Hair Color | BROWN |

## Incident Information

| | |
|---|---|
| Incident Location | 2424 N tustin AV, i8, SANTA ANA, CA 92705 |
| Incident Time (start) | 04/15/2021 09:45 AM |
| Incident Time (end) | 04/15/2021 10:15 AM |
| Location Type | RESIDENCE / HOME |
| Theft Type | Other |
| Entry Location | Unknown |
| Point of Entry | UNKNOWN |
| Point of Exit | UNKNOWN |
| Method of Entry | OTHER |
| Method of Exit | Other |
| Require Evidence to be Collected? | Yes |

## Property Information

### No 1

| | |
|---|---|
| Type | OTHER |
| Model | unsure |
| How Many | 1 |
| Market Value ($) | 0 |
| Property Description | My trust in people. |

## Narrative

| | |
|---|---|
| Incident Description | Left to get medicine, left dogs locked in patio. Door to access the front was shut too. One dog was inside, the other was still outside. Door to access the living room from bedroom was still shut.

I am willing to prosecute. |

Print This Report



## Vehicle Burglary- Theft of Vehicle Parts/Accessories

| Start | > | Yourself | > | Incident | > | Property | > | Narrative | > | Review | > |

**Cancel Report    Submit Report**

### Review Report

Please review the report. If all the information is correct, click the Submit button to submit the report. If you need to mo
information, click the desired modify link. This will be your last chance to change information for this report.

### General Information

| | |
|---|---|
| Incident Type | Vehicle Burglary- Theft of Vehicle Parts/Accessories |
| Person Type | Individual |

### Reporting Person Information   **modify**

| | |
|---|---|
| First Name | Jethro |
| Last Name | Hackworth |
| Home Address | 2424 tustin AV, 8, Santa Ana, CA 92705, US |
| Contact Phone | 562-826-6871 |
| Email | jethrohackworth@gmail.com |
| Employer Name | |
| Work Address | |
| Work Phone | |
| Race | |
| Sex | MALE |
| DOB | 09/18/1988 |
| Driver License No | |
| Licensing State | |

Session expires in 29:45. 

| Incident Information | modify |
|---|---|
| Incident Location | 2429 Tustin Ave AV, Santa Ana, CA |
| Incident Time (start) | 02/23/2021 11:00 PM |
| Incident Time (end) | 02/25/2021 08:00 AM |
| Attachments | |
| | |
| **Property Information** | **add property** |
| Property 1 | modify  delete |
| Type | VEHICLE PARTS / ACCESSORIES |
| Brand | UHAUL |
| Model | UHAUL |
| Color | White |
| Serial No | |
| How Many | 1 |
| Market Value ($) | 328.07 |
| Property Description | UHAUL Truck was taken by Santa Ana Club even though I paid for food |
| | |
| **Narrative** | **modify** |
| Incident Description | Paid for food at location which said customer parking. Rested a while. Found truck had been towed. Charged me $315 and uber was $13.07 |
| | Proof of receipt for purchase. |

Cancel Report   Submit Report

Copyright © 2021 LexisNexis Risk Solutions | Terms & Conditions | Privacy Policy    

Session expires in 29:45. ⊗

*No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.*

UNIVERSAL DECLARATION OF HUMAN RIGHTS (1948, art. 5)
INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS (1976, art. 7)

*[T]he term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions.*

CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT (1984, art. 1, para.1)

# Introduction

Torture seeks to annihilate the victim's personality and denies the inherent dignity of the human being. The United Nations has condemned torture from the outset as one of the vilest acts perpetrated by human beings on their fellow creatures.

Torture is a crime under international law. According to all relevant instruments, it is absolutely prohibited and cannot be justified under any circumstances. This prohibition forms part of customary international law, which means that it is binding on every member of the international community, regardless of whether a State has ratified international treaties in which torture is expressly prohibited. The systematic or widespread practice of torture constitutes a crime against humanity.

In 1948, the international community condemned torture and other cruel, inhuman or degrading treatment in the Universal Declaration of Human Rights adopted by the United Nations General Assembly. In 1975, responding to vigorous activity by non-governmental organizations (NGOs), the General Assembly adopted the Declaration on the Protection of All Persons from Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

During the 1980s and 1990s, progress was made both in the development of legal standards and instruments and in enforcement of the prohibition of torture. The United Nations Voluntary Fund for Victims of Torture was established by the General Assembly in 1981 to fund organizations providing assistance to victims of torture and their families. The Convention against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment was adopted by the General Assembly in 1984 and came into force in 1987. Its implementation by States parties is monitored by a body of independent experts, the Committee against Torture. The first Special Rapporteur on torture, an independent expert mandated to report on the situation of torture in the world, was appointed by the Commission on Human Rights in 1985. During the same period, the General Assembly adopted resolutions in which it highlighted the role of health personnel in protecting prisoners and detainees against torture and established general principles for the treatment of detained persons. In December 1997, the General Assembly proclaimed 26 June United Nations International Day in Support of Victims of Torture.

The United Nations has repeatedly acknowledged the important role played by NGOs in the fight against torture. In addition to lobbying for

3

the establishment of United Nations instruments and monitoring mechanisms, they have made a valuable contribution to their enforcement. Individual experts, including the Special Rapporteur on torture and the Special Rapporteur on violence against women, and treaty monitoring bodies such as the Committee against Torture rely heavily on information brought to their attention by NGOs and individuals.

# I.   Pertinent international instruments

## Standard Minimum Rules for the Treatment of Prisoners (1955)

The Standard Minimum Rules for the Treatment of Prisoners were adopted in 1955 by the First United Nations Congress on the Prevention of Crime and the Treatment of Offenders and approved by Economic and Social Council resolutions 663 C (XXIV) of 31 July 1957 and 2076 (LXII) of 13 May 1977.

The Standard Minimum Rules seek "to set out what is generally accepted as being good principle and practice in the treatment of prisoners and the management of institutions". They apply to all categories of detainees, including sentenced prisoners, those under administrative detention and persons detained without charge. On the whole, they represent "the minimum conditions which are accepted as suitable by the United Nations".

The Rules lay down minimum standards for registration; separation and classification of detainees; accommodation; sanitary installations; provision of food, drinking water, articles necessary for personal hygiene, clothing and bedding; religious practice; education; exercise and sport; medical services; and treatment of mentally ill prisoners. They regulate disciplinary and complaints systems, the use of instruments of restraint and the transport of detainees. In particular, all cruel, inhuman or degrading punishments, including corporal punishment, are completely prohibited as punishments for disciplinary offences. There is also a section regulating the qualifications and behaviour of institutional personnel.

In resolution 2858 (XXVI) of 20 December 1971, the General Assembly recommended to Member States that the Standard Minimum Rules should be effectively implemented in the administration of penal and correctional institutions. It invited them to consider incorporating the Rules in their national legislation.

4

### Declaration on the Protection of All Persons from Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (1975)

The Declaration was adopted by General Assembly resolution 3452 (XXX) of 9 December 1975. Article 1 defines torture as:

> any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted by or at the instigation of a public official on a person for such purposes as obtaining from him or a third person information or confession, punishing him for an act he has committed or is suspected of having committed, or intimidating him or other persons. It does not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions to the extent consistent with the Standard Minimum Rules for the Treatment of Prisoners.

> 2. Torture constitutes an aggravated and deliberate form of cruel, inhuman or degrading treatment or punishment.

Article 3 of the Declaration stipulates that no exceptional circumstances such as a state or a threat of war, internal political instability or any other public emergency may be invoked as a justification of torture or other cruel, inhuman or degrading treatment or punishment.

### Code of Conduct for Law Enforcement Officials (1979)

The Code of Conduct for Law Enforcement Officials was adopted by General Assembly resolution 34/169 of 17 December 1979. It contains guidelines for the use of force, including firearms, and the provision of medical treatment to persons in custody. The term "law enforcement officials" is widely interpreted as including all officers of the law who exercise police powers, especially powers of arrest and detention.

The prohibition of torture in article 5 derives from the Declaration against Torture:

> [n]o law enforcement official may inflict, instigate or tolerate any act of torture or other cruel, inhuman or degrading treatment or punishment, nor may any law enforcement official invoke superior orders or exceptional circumstances such as a state of war or a threat of war, a threat to national security, internal political instability or any other public emergency as a justification of torture or other cruel, inhuman or degrading treatment or punishment.

5

According to the commentary to article 5, the term "cruel, inhuman or degrading treatment or punishment" should be interpreted "so as to extend the widest possible protection against abuses, whether physical or mental".

The Code authorizes law enforcement officials to use force "only when strictly necessary and to the extent required for the performance of their duty" (art. 3). It may thus be used only for the prevention of crime or in effecting or assisting in the lawful arrest of offenders, and its use must be proportionate to the legitimate object to be achieved. Firearms should be used only in the event of armed resistance or jeopardy to the lives of others and only where less extreme measures are not sufficient to apprehend the suspect. Law enforcement officials should fully protect the health of persons in their custody and take immediate action to secure medical attention when required (art. 6).

In 1989 the Economic and Social Council adopted Guidelines for the Effective Implementation of the Code of Conduct for Law Enforcement Officials (resolution 1989/61), in which it urged States, inter alia, to reflect the principles embodied in the Code in national legislation and practice, and to establish effective mechanisms to ensure the internal discipline, external control and supervision of law enforcement officials.

## Basic Principles on the Use of Force and Firearms by Law Enforcement Officials (1990)

The Basic Principles were adopted by the Eighth United Nations Congress on the Prevention of Crime and the Treatment of Offenders in Havana, Cuba, on 7 September 1990. They address the lawful use of force and firearms, the policing of unlawful assemblies and of persons in custody or detention, and reporting and review procedures concerning the use of force and firearms in the line of duty. Principle 7 states that the arbitrary or abusive use of force and firearms by law enforcement officials should be punished as a criminal offence under domestic law. Principle 8 stipulates that exceptional circumstances such as internal political instability or any other public emergency may not be invoked to justify any departure from the principles.

Force and firearms may be used only if other means remain ineffective or without any promise of achieving the intended result (principle 4). Law enforcement officials should act in proportion to the seriousness of the offence and the legitimate object to be achieved. Damage and injury

6

should be minimized, medical assistance rendered to injured persons, and relatives or close friends informed at the earliest possible moment (principle 5).

### Principles of Medical Ethics relevant to the Role of Health Personnel, particularly Physicians, in the Protection of Prisoners and Detainees against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (1982)

The Principles of Medical Ethics were adopted by General Assembly resolution 37/194 of 18 December 1982. In the preamble, the General Assembly expresses alarm "that not infrequently members of the medical profession or other health personnel are engaged in activities which are difficult to reconcile with medical ethics". States, professional associations and other bodies are urged to take measures against any attempt to subject health personnel or members of their families to threats or reprisals for refusing to condone the use of torture or other inhuman or degrading treatment or punishment. On the other hand, health personnel, particularly physicians, should be held accountable for contraventions of medical ethics.

Principle 1 states that health personnel have a duty to protect the physical and mental health of prisoners and detainees and to provide medical treatment of the same quality and standard as is afforded to those who are not detained. Active or passive participation in or support of any form of torture or ill-treatment constitutes a gross contravention of medical ethics (principle 2).

It is also a contravention for health personnel to assist in the interrogation of prisoners or detainees in a manner that may adversely affect their physical or mental health; to certify their fitness for any form of treatment or punishment which may adversely affect their physical or mental health (principle 4); or to participate in the restraining of a prisoner or detainee unless such a procedure is necessary to protect the health or safety of the person concerned, other detainees or guardians, and presents no hazard to the detainee's physical or mental health (principle 5).

7

## Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (1984)

The Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment was adopted by the General Assembly on 10 December 1984 and entered into force on 26 June 1987.

It requires States parties, inter alia, to incorporate the crime of torture in their domestic legislation and to punish acts of torture by appropriate penalties; to undertake a prompt and impartial investigation of any alleged act of torture; to ensure that statements made as a result of torture are not invoked as evidence in proceedings (except against a person accused of torture as evidence that the statement was made); and to establish an enforceable right to fair and adequate compensation and rehabilitation for victims of torture or their dependants.

No exceptional circumstances such as a state of war or a threat of war, internal political instability or any other public emergency may be invoked as a justification for torture. The same applies, in the case of an individual offender, to an order from a superior officer or a public authority.

States parties are prohibited from returning a person to another State where he or she would be at risk of torture (principle of non-refoulement). They must ensure, on the other hand, that an alleged perpetrator of torture present in any territory under their jurisdiction is prosecuted or extradited to another State for the purpose of prosecution.

## Body of Principles for the Protection of All Persons under Any Form of Detention or Imprisonment (1988)

The Body of Principles, adopted by General Assembly resolution 43/173 of 9 December 1988, specifies the rights of persons under arrest and detention to, inter alia, legal assistance, medical care and access to records of their detention, arrest, interrogation and medical treatment. States should prohibit any act contrary to the Principles, make such acts subject to appropriate sanctions and conduct impartial investigations of complaints (principle 7).

Principle 6 states that: "No person under any form of detention or imprisonment shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." According to a footnote, the term "cruel, inhuman or degrading treatment or punishment" should be interpreted "so as to extend to the widest possible protection against abuses,

8

whether physical or mental, including the holding of a detained or imprisoned person in conditions which deprive him, temporarily or permanently, of the use of any of his natural senses, such as sight or hearing, or of his awareness of place and the passing of time".

Principle 21 states that no detained person may be subjected to violence, threats or methods of interrogation which impair his or her decision-making capacity or judgement. No detainee may be subjected, even with his or her consent, to medical experimentation that may be detrimental to his or her health (principle 22).

Non-compliance with the Principles in obtaining evidence should be taken into account when determining the admissibility of evidence against a detained person (principle 27).

Detained persons or their legal representatives have the right to lodge a complaint, especially regarding torture or other ill-treatment, with the authorities responsible for the place of the detention and, where necessary, to appropriate authorities vested with reviewing power. Such complaints should be promptly dealt with and replied to without undue delay. No complainant should suffer prejudice for lodging a complaint (principle 33).

Promptly after arrest and after each transfer to another place of detention, members of the detainee's family or other persons of his or her choice should be notified of the place where he or she is being held (principle 16). A proper medical examination should be offered to detained or imprisoned persons as promptly as possible after their admission to the place of detention or imprisonment. Thereafter medical care and treatment should be provided whenever necessary. In all cases, the care and treatment should be provided free of charge (principle 24).

Principle 29 stipulates that places of detention should be visited regularly by qualified and experienced persons appointed by, and responsible to, a competent authority distinct from the authority directly in charge of the place of detention. Detainees should have the right "to communicate freely and in full confidentiality" with the persons concerned.

## Basic Principles for the Treatment of Prisoners (1990)

The Basic Principles for the Treatment of Prisoners were adopted by General Assembly resolution 45/111 of 14 December 1990. Essentially, they require that prisoners should be treated with respect for their inher-

ent dignity as human beings. They should not suffer discrimination and their religious beliefs and cultural precepts should be respected. They should have access to cultural and educational activities aimed at full development of the human personality, to meaningful remunerated employment that will facilitate their reintegration into society and to all health services without discrimination. Efforts to abolish solitary confinement are encouraged.

### Rome Statute of the International Criminal Court (1998)

The Rome Statute, which establishes an international tribunal to try perpetrators of genocide, crimes against humanity and war crimes, was adopted by a United Nations Diplomatic Conference of Plenipotentiaries on 17 July 1998.[1]

According to article 7, the systematic or widespread practice of torture and "[o]ther inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health" constitute crimes against humanity. Torture is defined as "the intentional infliction of severe pain or suffering, whether physical or mental, upon a person in the custody or under the control of the accused; except that torture shall not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions".

### Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (Istanbul Protocol) (1999)

The Manual and the Principles it contains were produced by a coalition of experts representing 40 organizations or institutions. In resolution 55/89, to which the Principles are annexed, the General Assembly strongly encouraged Governments to "reflect upon the Principles as a useful tool in efforts to combat torture" (para. 3).

The Istanbul Protocol describes in detail the steps to be taken by States, investigators and medical experts to ensure the prompt and impartial investigation and documentation of complaints and reports of torture. The investigation should be carried out by competent and impartial experts, who are independent of the suspected perpetrators and the agency they serve (principle 2). They should have access to all necessary information, budgetary resources and technical facilities. They

---

[1] United Nations document A/CONF.183/9.

10

should have the authority to issue summonses to alleged perpetrators and witnesses, and to demand the production of evidence (principle 3(a)). The findings of the investigation should be made public (principle 5(b)). The alleged victims and their legal representatives should have access to any hearing and to all information relevant to the investigation (principle 4).

Principle 3(b) states that: "Alleged victims of torture, witnesses, those conducting the investigation and their families shall be protected from violence, threats of violence or any other form of intimidation that may arise pursuant to the investigation. Those potentially implicated in torture shall be removed from any position of control or power, whether direct or indirect, over complainants, witnesses and their families, as well as those conducting the investigation."

## II.   Treaty monitoring bodies

### Committee against Torture

Pursuant to article 17 of the Convention against Torture, the States parties elect ten experts "of high moral standing and recognized competence in the field of human rights" as members of the Committee against Torture. The Committee holds two regular sessions in April/May and November each year in Geneva.

The Committee's mandate comprises four principal activities: consideration of periodic State party reports (art. 19); undertaking of confidential inquiries in the light of well-founded indications that torture is being systematically practised in the territory of a State party (art. 20); consideration of communications from individuals who claim to be victims of a violation of the Convention (art. 22); and consideration of inter-State complaints (art. 21).[2] Individual and inter-State complaints may be considered only in respect of States parties who have declared that they recognize the Committee's competence to receive and consider such communications. The Committee also submits an annual report on its activities to the States parties and the United Nations General Assembly.

---

[2] Under article 21, States parties may submit communications claiming that another State party is not fulfilling its obligations under the Convention. To date no such complaint has been submitted.

11

## Consideration of State party reports (art. 19)

States parties undertake to submit to the Committee an initial report on the measures they have taken to give effect to the Convention within one year of its entry into force, and to submit supplementary reports every four years on any new measures taken and any other reports requested by the Committee. State party representatives are invited to present the reports, to answer questions and to submit any additional information requested. Having considered the report, the Committee adopts "conclusions and recommendations" under the following headings: positive aspects; factors and difficulties impeding the application of the Convention; subjects of concern; and recommendations. The "conclusions and recommendations" are made public.

In considering State party reports, the Committee takes into account reliable information submitted by non-governmental organizations, representatives of the legal profession and individuals. NGOs may hold an informal meeting with Committee members prior to the consideration of a State party report in order to communicate their concerns about the country in question.

## Confidential inquiries (art. 20)

The Committee may initiate a confidential inquiry under article 20 of the Convention when it receives reliable information indicating that torture is being systematically practised in the territory of a State party unless the State concerned has declared under article 28 that it does not recognize the Committee's competence in that regard.

The Committee considers that torture is practised systematically

> when it is apparent that the torture cases reported have not occurred fortuitously in a particular place or at a particular time, but are seen to be habitual, widespread and deliberate in at least a considerable part of the country in question. Torture may in fact be of a systematic character without resulting from the direct intention of a Government. It may be the consequence of factors which the Government has difficulty in controlling, and its existence may indicate a discrepancy between policy as determined by the central Government and its implementation by the local administration. Inadequate legislation which in practice allows room for the use of torture may also add to the systematic nature of this practice.[3]

---

[3] *Official Records of the General Assembly; Forty-eighth Session; Supplement No. 44* (A/48/44/Add.1), para. 29.

12

When it receives information of the kind referred to in article 20, the Committee invites the State party concerned to cooperate in examining the material. If it feels that the inquiry should include a visit to the State party by one or more of the Committee's members, it seeks the State's consent. During visits, Committee members usually meet relevant government authorities, members of the judiciary and representatives of NGOs, and visit places of detention. The Committee's findings, together with any comments or suggestions that seem appropriate, are transmitted to the State party with a request for information on action taken as a consequence.

After consulting the State party, the Committee may decide to include a summary account of the results of the proceedings in its annual report to the General Assembly.

### Individual complaints procedure (art. 22)

Under article 22, individuals may submit communications alleging violations of one or more provisions of the Convention by a State party that has recognized the Committee's competence to consider such communications (see annex 1, Model communication).

### Admissibility

A communication is considered admissible only if it fulfils the following criteria:

(a) It is not anonymous and emanates from an individual subject to the jurisdiction of a State party that has recognized the Committee's competence under article 22.

(b) The individual claims to be a victim of a violation by the State party of provisions of the Convention.

(c) The communication has been submitted by the victim, his or her relatives, persons expressly authorized by the victim, or, where the victim is unable to submit the communication, other persons who can justify acting on the victim's behalf.

(d) The communication is not an abuse of the right to submit a communication under article 22 or incompatible with its provisions.

13

(e)  The same matter has not been and is not being examined under another procedure of international investigation or settlement.[4]

(f)  The individual has exhausted all available domestic remedies.[5]

The majority of cases brought before the Committee under article 22 invoke a risk of torture on deportation (art. 3).[6] In that connection, the Committee has adopted a number of decisions interpreting some of the admissibility criteria.[7] It has ruled, for example, with regard to the exhaustion of domestic remedies: that applicants must challenge the legality of the administrative decisions and acts that form part of the determination process in the country concerned; that applicants must pursue the possibility of a legal challenge before the highest judicial body responsible for reviewing asylum cases; and that applicants must file a request for a ministerial waiver on humanitarian and compassionate grounds in States parties where such a statutory remedy exists and apply for judicial review should it be denied.

In some cases, the Committee has taken the view that it has no jurisdiction to review the grounds for determining whether a person is allowed to stay in a country, so long as the State party fulfils its obligations under article 3. It has declared complaints inadmissible in the

---

[4] The Committee has held that the submission of a communication to, and its subsequent consideration by, regional human rights mechanisms such as the European Commission on Human Rights, the European Court of Human Rights, the Inter-American Commission on Human Rights or the Inter-American Court of Human Rights renders an application inadmissible since they are procedures of international investigation or settlement. This does not apply to extra-conventional mechanisms of the Commission on Human Rights, such as the Special Rapporteur on torture or the Special Rapporteur on violence against women.

[5] The Committee will not consider a complaint on its merits unless the petitioner has first submitted the case to the judicial authorities of the State party concerned, using all avenues of recourse. This rule is waived only where domestic proceedings are unreasonably prolonged or unlikely to bring effective relief. Thus, the Committee has considered communications inadmissible where the author stated in a general fashion that national remedies were ineffective without first submitting a complaint to the national authorities or where a judicial investigation of torture allegations had been ordered or was ongoing and there was no indication of an obstruction of justice.

[6] Article 3: (1) No State party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture.

(2) For the purpose of determining whether there are such grounds, the competent authorities shall take into account all relevant considerations including, where applicable, the existence in the State concerned of a consistent pattern of gross, flagrant or mass violations of human rights.

[7] See also the Committee's General Comment No. 1 (1996) on the implementation of article 3 of the Convention in the context of article 22 (United Nations document HRI/GEN/1/Rev.5).

14

light of article 3 where the original expulsion order was no longer enforceable or where the author had been issued with a certificate allowing him/her to stay in the country temporarily and was in "no immediate danger of expulsion".

## Interim measures of protection

During consideration of the admissibility or merits of a communication (rule 108(9) and rule 110(3) of the rules of procedure), the Committee may request the State party to take steps to avoid possible irreparable damage to the applicant. In cases involving a risk of deportation (art. 3), it may request the State party not to expel the author of a communication while it is still under consideration. A request for the adoption of interim measures does not prejudge the Committee's views on the admissibility or merits of the communication.

## Consideration of the merits

Admissible communications are considered on their merits. Within six months of the admissibility decision, the State party concerned must submit explanations or statements clarifying the case and indicating any steps taken to remedy the situation. Such statements are transmitted to the author of the communication for comment. The Committee's final views on the case are forwarded to the author and the State party. When it finds that the Convention has been violated, the Committee requests the State party to inform it within 90 days of any measures taken to give effect to its views. The Committee's decisions declaring communications inadmissible and its views on admissible communications are published in its annual report.

Reminders are sent to States parties that fail to report within three months on measures taken to remedy a situation that the Committee has found to be a violation of the Convention.

## Other treaty monitoring bodies

A number of other international human rights instruments prohibit torture and other forms of ill-treatment and have established monitoring bodies, composed of independent experts, to review their implementation by States parties. Their methods of work are similar to those of the Committee against Torture. In particular, the Human Rights Committee, the Committee on the Elimination of Discrimination

15

against Women and the Committee on the Elimination of Racial Discrimination may receive individual complaints in respect of States parties that have recognized their competence to receive and consider such communications. They apply similar criteria of admissibility.

## Human Rights Committee

Article 7 of the 1966 International Covenant on Civil and Political Rights states that: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." Article 10 (1) states that: "All persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of the human person."

In its General Comment No. 20 (1992), the Human Rights Committee notes that it is the duty of States parties to afford everyone protection through legislative and other measures against the acts prohibited by article 7, "whether inflicted by people acting in their official capacity, outside their official capacity or in a private capacity". This prohibition extends to corporal punishment, including excessive chastisement ordered as punishment for a crime or as an educative or disciplinary measure. States parties must not expose individuals to the danger of torture or cruel, inhuman or degrading treatment or punishment upon return to another country by way of their extradition, expulsion or refoulement.

## Committee on the Elimination of Discrimination against Women

Although the 1979 Convention on the Elimination of All Forms of Discrimination against Women contains no specific provision prohibiting violence against women, the Committee states, in its General Recommendation No.19 (1992), that gender-based violence constitutes discrimination within the meaning of article 1 of the Convention and that the right under international law not to be subjected to torture or to cruel, inhuman or degrading treatment or punishment is one of the rights impaired or nullified by such violence.[8]

On receipt of a communication under the Optional Protocol to the Convention and before taking a final decision on its merits, the Committee has the option of requesting the States party concerned to take steps to protect the alleged victim or victims from irreparable dam-

---

[8] Ibid.

16

age (art. 5). Such a request for interim measures does not imply a determination on the admissibility or merits of the communication.

## Committee on the Rights of the Child

Article 37 of the 1989 Convention on the Rights of the Child requires States parties to ensure that no child is subjected to torture or other cruel, inhuman or degrading treatment or punishment. Article 19 contains a broader provision for the protection of children from mental and physical abuse:

> States Parties shall take all appropriate legislative, administrative, social and educational measures to protect the child from all forms of physical or mental violence, injury or abuse, neglect or negligent treatment, mal-treatment or exploitation, including sexual abuse, while in the care of parent(s), legal guardian(s) or any other person who has the care of the child.

Under article 34 of the Convention, States parties "undertake to protect the child from all forms of sexual exploitation and sexual abuse" and to take all appropriate national, bilateral and multilateral measures to that end.

In September 2000, the Committee devoted a day of general discussion[9] to the issue of State violence suffered by children in the context of "law and public order" concerns and by children living in institutions managed, licensed or supervised by the State. It adopted 36 recommendations to States, the international community and NGOs concerning legislative measures, awareness-raising and training, and monitoring and complaints mechanisms. States parties, for example, were urged to review relevant legislation, including criminal legislation, "to ensure that all forms of violence against children, however light, are prohibited, including the use of torture, or cruel, inhuman or degrading treatment … for punishing or disciplining within the child justice system, or in any other context" (recommendation 8). The Committee recommended that "urgent attention be given to ensuring the establishment and effective functioning of systems to monitor the treatment received by children deprived of a family or alleged or recognized to have infringed penal law" (recommendation 26).

---

[9] In September 2001, the topic for the day of general discussion was "Violence against children within the family and in schools".

17

### Committee on the Elimination of Racial Discrimination

Under article 5 of the 1965 International Convention on the Elimination of All Forms of Racial Discrimination, "States parties undertake to prohibit and to eliminate racial discrimination in all its forms and to guarantee the right of everyone, without distinction as to race, colour, or national or ethnic origin, to equality before the law" in the enjoyment of, inter alia, the right "to security of person and protection by the State against violence or bodily harm, whether inflicted by government officials or by any individual group or institution".

### How to bring information to the attention of the Committees

Any information coming within the scope of the Convention against Torture, the International Covenant on Civil and Political Rights, the Convention on the Rights of the Child or the International Convention on the Elimination of Racial Discrimination should be sent to the following address:

**Chairperson of the Committee against Torture/
Human Rights Committee/Committee on the Rights of the Child/
Committee on the Elimination of Racial Discrimination
c/o Office of the High Commissioner for Human Rights
United Nations Office at Geneva
1211 Geneva 10
Fax.: +41-22-917 9022
E-mail address: webadmin.hchr@unog.ch
Switchboard number: +41-22-917 9000 or +41-22-917 1234**

Any information coming within the scope of the Convention on the Elimination of All Forms of Discrimination against Women should be sent to the following address:

**Chairperson of the Committee on the Elimination of
Discrimination against Women
c/o Office of the High Commissioner for Human Rights
United Nations Office
New York
Fax.: +1-212-963-3463
E-mail address: daw@un.org**

The annual reports of these and other treaty monitoring bodies, as well as decisions, press releases and other relevant documents are accessible

18

on the OHCHR web site (*www.unhchr.ch*, click on Programme, Conventional Mechanisms, Committee against Torture/Human Rights Committee/Committee on the Rights of the Child/Committee on the Elimination of Racial Discrimination/Committee on the Elimination of Discrimination against Women).

# III.   Special Rapporteurs

## The Special Rapporteur on torture

The United Nations Commission on Human Rights, in resolution 1985/33, decided to appoint a special rapporteur to examine questions relevant to torture, to seek and receive credible and reliable information on such questions and to respond effectively to the information. The Special Rapporteur submits a comprehensive report on his or her activities to the Commission each year, reviewing the occurrence and extent of the practice of torture, and making recommendations to assist Governments in stamping it out. The mandate of the Special Rapporteur covers all countries, irrespective of whether a State has ratified the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

The mandate comprises three main activities: transmitting communications consisting of urgent appeals and allegation letters (alleged cases of torture) to Governments; undertaking fact-finding missions (country visits) to countries where information suggests that torture may involve more than isolated and sporadic incidents; and submitting annual reports on the Special Rapporteur's activities, mandate and methods of work to the Commission on Human Rights and the General Assembly.

Unlike the treaty monitoring bodies established under international treaties, the Special Rapporteur does not require the exhaustion of domestic remedies to act on individual cases involving a risk of torture ("urgent appeals") or on alleged acts of torture ("allegations"). Moreover, when the facts in question come within the scope of more than one mandate, the Special Rapporteur may decide to approach one or more thematic mechanisms and country rapporteurs with a view to sending joint communications or seeking joint missions.

## Urgent appeals

The Special Rapporteur has developed an "urgent appeal" procedure in order to react promptly to information suggesting that an individual or

a group of individuals is at risk of torture or other forms of ill-treatment, often while in detention, at the hands of public officials or other persons acting at their instigation or with their consent or acquiescence. Owing to the time-sensitive nature of such an appeal, the Special Rapporteur transmits a facsimile directly to the Minister for Foreign Affairs of the country concerned, urging the Government in question to ensure the physical and mental integrity of the person(s) concerned but without drawing any conclusions as to the facts.

The Special Rapporteur also takes action when persons are feared to be at risk of torture or other ill-treatment in the form of corporal punishment, the use of means of restraint contrary to pertinent international legal instruments, prolonged incommunicado detention, solitary confinement, "torturous" conditions of detention, the denial of medical treatment and adequate nutrition, imminent deportation to a country where there is a risk of torture or other ill-treatment, and the threatened use or excessive use of force by law enforcement officials (see "Selected issues" below). The Special Rapporteur also transmits urgent appeals concerning the enactment of legislation that will allegedly undermine the international prohibition of torture, for example by providing for impunity for acts of torture.

## Allegations

Allegations of torture received by the Special Rapporteur which do not require him or her to take immediate action are transmitted to Governments in the form of "allegation letters". These letters contain summaries of individual cases of torture received by the Special Rapporteur and, where applicable, include general references to the phenomenon of torture. These general allegations refer to systematic patterns of torture or patterns relating to a specific group of victims or perpetrators, the use of particular methods of torture, detention conditions amounting to ill-treatment, or specific legislation that has an impact on the occurrence of torture. In this context, the Special Rapporteur may address criminal sentencing provisions (e.g. permitting corporal punishment), criminal procedure legislation (e.g. regarding periods of incommunicado detention, interrogation, etc.), legal provisions granting amnesty, and other measures providing for de facto or de jure impunity in violation of the international prohibition of torture.

The Special Rapporteur requests the Government to clarify the substance of the allegations and to forward information on the status of any investigation, the findings of any medical examination, the identity of

20

the persons responsible for the torture, the disciplinary and criminal sanctions imposed on them, and the nature and amount of compensation paid to the victims or their families. The Special Rapporteur also draws the Government's attention to international human rights instruments prohibiting the alleged acts such as the Universal Declaration of Human Rights, the Convention against Torture or Other Cruel, Inhuman or Degrading Treatment or Punishment, the Convention on the Elimination of All Forms of Discrimination against Women and the Standard Minimum Rules for the Treatment of Prisoners.

## Fact-finding missions (country visits)

Country visits enable the Special Rapporteur to obtain firsthand knowledge of the situation as regards torture and other forms of ill-treatment in a particular country with a view to identifying institutional and legislative factors that contribute to such practices and making detailed recommendations to the Government. Although missions are undertaken only at the invitation of a Government, the Special Rapporteur may decide to solicit an invitation. When contemplating such action, the Special Rapporteur takes into account, first and foremost, the number, quality and gravity of the allegations received and the potential impact that the mission may have on the overall human rights situation.

Before a fact-finding mission takes place, the Government is asked to provide the following guarantees to the Special Rapporteur and accompanying United Nations staff: freedom of movement throughout the country; freedom of inquiry, especially in terms of access to all prisons, detention centres and places of interrogation; free contact with central and local authorities of all branches of government; free contact with representatives of NGOs, other private institutions and the media; confidential and unsupervised contacts, where the Special Rapporteur's mandate so requires, with witnesses and other private individuals, including persons deprived of their liberty; and full access to all documentary material relevant to the mandate. The Government is also asked for assurances that no persons, be they officials or private individuals, who have been in contact with the Special Rapporteur in connection with the mandate will suffer threats, harassment or punishment on that account or be subjected to judicial proceedings.

During the mission, the Special Rapporteur meets with government authorities (including the head of the executive), NGOs, representatives of the legal profession, alleged victims of torture and relatives of victims. He or she visits prisons, detention centres and places of interrogation to obtain firsthand knowledge of how the criminal legal process

21

operates, from arrest to enforcement of the sentence. Confidential and unsupervised interviews are conducted with victims of torture, witnesses and other private persons, including those deprived of their liberty. In the mission report, the Special Rapporteur may give an account of individual allegations received. Although the monitoring of conditions of detention are not specifically mentioned in the mandate, they may well be pertinent, especially when they constitute a grave risk to the health or life of detainees (see "Selected issues" below).

In the mission report, the Special Rapporteur outlines legislation of relevance to the prohibition of torture such as provisions making torture a crime and provisions governing arrest and detention. Special attention is paid to periods of incommunicado detention, disciplinary sanctions, access to qualified legal representation and legal aid, bail provisions, witness protection, the admissibility of confessions, the status and independence of medical experts and forensic services, and access of members of civil society to places of detention. Lastly, the Special Rapporteur invites suggestions from both State representatives and NGOs regarding the mission's conclusions and recommendations.

### Reports of the Special Rapporteur

The Special Rapporteur submits annual reports to the Commission on Human Rights and, since 1999, annual interim reports to the General Assembly. The report to the Commission contains summaries of all correspondence transmitted to Governments by the Special Rapporteur ("urgent appeals" and "other allegations") and of correspondence received from Governments. The Special Rapporteur may also include general observations on specific countries. No conclusions as to individual torture allegations are drawn. The report may address specific issues[10] or developments that influence or are conducive to torture in the world, offering general conclusions and recommendations. Mission reports are usually appended to the main Commission report. The interim report to the General Assembly outlines overall trends and recent

---

[10] The following issues have been addressed: the non-derogability of the prohibition of torture (E/CN.4/2002/137); racism and torture (E/CN.4/2001/66); corporal punishment (E/CN.4/1997/7); violation of the prohibition of torture of children (E/CN.4/1996/35); gender-specific forms of torture (E/CN.4/1995/34); the interrelationship between the Special Rapporteur on torture and the Committee against Torture (E/CN.4/1988/17); the role of medical personnel in torture, responsibility for the violation of the prohibition of torture, national standards for correcting and/or preventing torture (E/CN.4/1987/13); types and methods of torture, trade in instruments of torture, torture and violations of other human rights (E/CN.4/1986/15).

22

factual, legal and procedural developments of relevance to the Special Rapporteur's mandate.[11] The Special Rapporteur presents the reports to the annual sessions of the Commission and General Assembly and they are publicly discussed by both Governments and NGOs.

## The Special Rapporteur on violence against women, its causes and consequences

The mandate of the Special Rapporteur on violence against women was created by the Commission on Human Rights in 1994.[12] The first Special Rapporteur structured activities under the mandate according to the substantive breakdown of violence against women contained in the Declaration on the Elimination of Violence against Women:[13] violence against women in the family, violence in the community, and violence perpetrated and condoned by the State. The Declaration defines violence as

> any act of gender-based violence that results in, or is likely to result in, physical, sexual, or psychological harm or suffering to women, including threats of such acts, coercion or arbitrary deprivation of liberty, whether occurring in public or in private life.

According to the Declaration, violence against women encompasses, but is not limited to, physical, sexual and psychological violence:

(a)   That occurs in the family, including battering, sexual abuse of female children in the household, dowry-related violence, marital rape, female genital mutilation and other traditional practices harmful to women, non-spousal violence and violence related to exploitation;

(b)   That occurs in the community, including rape, sexual abuse, sexual harassment and intimidation at work, in educational institutions and elsewhere, trafficking in women and forced prostitution;

---

[11] The following issues have been addressed: intimidation as a form of torture, enforced or involuntary disappearance as a form of torture, torture and discrimination against sexual minorities, torture and impunity, and prevention and transparency (A/56/156); gender-specific forms of torture, torture and children, torture and human rights defenders, reparation for victims of torture, and torture and poverty (A/55/290); incommunicado detention, the Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (Istanbul Protocol) and the Rome Statute of the International Criminal Court (A/54/426).

[12] Resolution 1994/45 entitled "Question of integrating the rights of women into the human rights mechanisms of the United Nations and the elimination of violence against women" adopted without a vote at the 56th meeting on 4 March 1994.

[13] General Assembly resolution 48/104 of 20 December 1993.

23

(c)   That is perpetrated or condoned by the State, including during times of armed conflict.

The working methods of the Special Rapporteur on violence against women are similar to those of the Special Rapporteur on torture (see above): transmitting urgent appeals and allegations, undertaking fact-finding missions and submitting annual reports to the Commission on Human Rights on a particular category of violence against women.

## Allegations and urgent appeals

With a view to finding durable solutions to the problem of violence against women, the Special Rapporteur has established procedures for obtaining clarifications and information from Governments, in a humanitarian spirit, on allegations of specific cases of violence against women or of general situations conducive to the perpetration of such violence. Urgent appeals concerning an imminent threat, or fear of a threat, to a woman's right to life or personal security may also be sent to the Special Rapporteur.

The Special Rapporteur can only process cases of violence against women that are gender-specific, i.e. violence or threats of violence directed against women because of their gender.[14] When communications are received, the Special Rapporteur first seeks to verify the allegations and then transmits the information to the Government concerned. When transmitting cases to Governments, the Special Rapporteur:

1.   Refers to the applicable international human rights standards, including progressive standards of international law, which are alleged to have been violated.

2.   Urges the competent national authorities to provide the Special Rapporteur with full information on the case concerned with a view to finding a solution or making a recommendation.

3.   May also request the Government concerned to investigate, prosecute, impose appropriate sanctions, provide compensation or rectify a more general situation, in the light of international standards, with a view to preventing the recurrence of particular violations.

---

[14] The definition of gender-based violence used by the Special Rapporteur is taken from the Declaration on the Elimination of Violence against Women.

24

### Fact-finding missions (country visits)

In country visits the Special Rapporteur has focused on specific forms of violence, including military sexual slavery, trafficking and forced prostitution, rape by non-governmental individuals and domestic violence. This approach has enabled her to undertake a more detailed analysis of the application of international norms to specific forms of violence in a national context, and to make more detailed assessments of the causes and consequences and the effectiveness of certain preventive and remedial initiatives.

### Reports

The Special Rapporteur is required to submit annual reports to the Commission on Human Rights. Mission reports and a report containing summaries of all correspondence transmitted to Governments by the Special Rapporteur ("urgent appeals" and "other allegations") and of correspondence received from Governments are issued as addenda to the Commission report. The reports are presented by the Special Rapporteur during the Commission's annual session in Geneva and are publicly discussed by both Governments and non-governmental organizations.

Each year the Special Rapporteur's annual report surveys a prevalent form of violence against women falling into one of three categories: violence in the family, violence in the community or violence perpetrated or condoned by the State, including armed conflict. The report documents emerging legal standards on the issue, considers future directions and unresolved issues, and presents general reflections on violence against women and the theme in question, including a number of country case studies.

The Special Rapporteur has characterized impunity as the greatest cause of violence against women. Other causes of violence highlighted by the Special Rapporteur are "historically unequal power relations" between men and women, as manifested in economic discrimination and women's subordination in the family; attitudes to women's sexuality which encourage or demand the control of their sexuality; cultural ideologies that justify the subordination of women, including stereotyped gender roles, beliefs that legitimize certain violent practices as expressions of religion, culture or tradition, and negative stereotypes of women in the media; and doctrines of privacy that deter action to eliminate violence against women in the family. The Special Rapporteur has also considered how the interrelationship between gender and other fac-

25

tors such as race, ethnic identity, sexual orientation and class shapes the causes of violence against women.

With regard to violence by private (non-governmental) groups and individuals, the Special Rapporteur has noted that States may be held responsible for such violence under international law if the private acts are covered by the provisions of a treaty (such as the Convention on the Elimination of All Forms of Discrimination against Women); the State is in complicity with those who commit the abuses; or the State denies women the equal protection of the law by failing to enforce criminal law in cases of violence against women on an equal basis with cases of other violent crimes; or if the State fails to exercise due diligence to prevent violations, investigate violations that occur, impose appropriate punishment, and ensure adequate compensation for the victim.[15]

## How to bring information to the attention of the Special Rapporteurs

Any individual, group, non-governmental organization, inter-governmental agency or Government that has knowledge of the occurrence of acts of torture or other forms of ill-treatment (**allegations**), or fears that such ill-treatment may occur or might be occurring (**urgent appeals**) can bring the information to the Special Rapporteurs' attention. The following information regarding individual cases should be transmitted (if available):

(a)  Full name of the victim;

(b)  Date (at least the month and year) on which the incident(s) of torture occurred;

(c)  Place where the person was seized (city, province, etc.) and location at which the torture was carried out (if known);

(d)  Description of the alleged perpetrators of the violation (including position held and/or State affiliation);

(e)  Description of the form of torture used and any injury suffered or statement of reasons to believe that the person is at risk of torture;

---

[15] See also the United Nations Declaration on the Elimination of Violence Against Women, article 4 of which requires States to pursue by all appropriate means and without delay a policy of eliminating violence against women.

26

(f)   Identity of the person or organization submitting the report (name and address, which will be kept confidential).

The Special Rapporteur on violence against women needs the following information, if available:

(a)   A summary of the main points of the case identifying the rights that have been or may be violated. If the State concerned has ratified human rights treaties, an indication of the provisions of the treaties believed to have been violated.

(b)   If the submission concerns a law, practice or policy that affects women in general or women in a specific group, an explanation of how other women or a specific group of women are affected. A consistent pattern in individual cases can be used to demonstrate a general failure to prevent and respond to private abuses.

If the submission concerns violations by private individuals or groups (rather than government officials), the Special Rapporteur requires any information that might indicate that the Government failed to exercise due diligence to prevent, investigate, punish and ensure compensation for the violations, such as:

(a)   Whether or not there is a law that addresses the violation;

(b)   Any defects in existing laws such as inadequate remedies or definitions of rights;

(c)   Refusal or failure by the authorities to register or investigate the case and other similar cases;

(d)   Failure by the authorities to prosecute the case and other similar cases;

(e)   Patterns of gender discrimination in the prosecution or sentencing of cases;

(f)   Statistics and other data concerning the prevalence of the type of violation described in the submission.

Any information coming within the mandates of the Special Rapporteurs should be sent to the following address:

**Special Rapporteur on torture/on violence against women**
**c/o Office of the High Commissioner for Human Rights**
**United Nations Office at Geneva**
**1211 Geneva 10**

27

**Fax.: +41-22-917 9006**
**E-mail address: webadmin.hchr@unog.ch**
**Switchboard number: +41-22-917 9000 or +41-22-917 1234**

All the annual reports of the Special Rapporteur on torture, the Special Rapporteur on violence against women, and other thematic and country rapporteurs, as well as their mission reports, resolutions, press releases and other relevant documents are accessible on the OHCHR web site (*www.unhchr.ch*, click on Programme, Extra-Conventional Mechanisms, Thematic Mandates, Special Rapporteur on torture/ Special Rapporteur on violence against women).

## IV.   United Nations Voluntary Fund for Victims of Torture

### Administration of the Fund

The physical and psychological after-effects of torture can be devastating and last for years, affecting not only the victims but also members of their families. Assistance in recovering from the trauma suffered can be obtained from organizations that specialize in assisting victims of torture. In December 1981, the General Assembly established the United Nations Voluntary Fund for Victims of Torture to receive voluntary contributions for distribution to NGOs that provide humanitarian assistance to victims of torture and members of their families. The Fund is administered by the Secretary-General on the advice of a Board of Trustees composed of a Chairman and four members with wide human rights experience, who act in their personal capacity as United Nations experts. The Board is authorized by the General Assembly to promote and solicit contributions. As a rule, it meets annually for 10 working days in May. During the session, the Board adopts recommendations on reports regarding the use of previous grants and on applications for new grants. It also meets, inter alia, with regular donors to the Fund, the Committee against Torture and the Special Rapporteur on torture. The Secretariat of the Fund and the Board are based at the Office of the High Commissioner for Human Rights in Geneva.

### Type of projects and beneficiaries

The Fund partially subsidizes projects providing medical, psychological, social, economic, legal or other forms of humanitarian assistance to torture victims and members of their family. Each year, the Fund

28

finances projects to assist more than 60,000 victims and their family members from all over the world. Subject to the availability of funds, it also subsidizes a limited number of projects to train health professionals and others on how to provide specialized assistance to victims of torture. In May 2001, acting on the Board's recommendations, the Secretary-General approved grants totalling US$8 million to 187 projects in 70 countries.

## Grants from the Fund

A grant from the Fund covers a 12-month period. The budget for a project must reflect real local costs. The sum requested from the Fund should not represent more than one third of the total budget for the project. Grants for training or for a seminar cannot exceed a sum determined by the Board. New applications for the continuation of a project can be submitted and a new grant recommended provided that the Board receives satisfactory narrative and financial reports on the use of the previous grant.

Applications for grants are judged on their merits, which include the number of victims of torture and members of their families to be assisted by a project, the type of torture and after-effects suffered, the type of assistance needed, the professional experience of the project staff in assisting victims of torture, and case studies of victims to be assisted. Confidential information of this kind is made available only to the Board. The number of grants allocated and their amount are not predetermined or subject to equitable geographical distribution. The Board takes into consideration the increasing need to assist small projects for humanitarian assistance to victims of torture, most of which have minimum financial capacity.

## The Fund's cycle

Each year, the secretariat analyses applications for project grants to determine their admissibility. The Board recommends grants for approval by the Secretary-General on the basis of new contributions registered and admissible applications received. Beneficiaries of grants must submit narrative, financial and audit reports on their use.

## Project admissibility and selection criteria

Criteria for admissibility, as well as other selection criteria, are set forth in the Guidelines of the Fund, which are updated regularly. To be

29

admissible, applications for grants must be drafted on the Fund's application form. The Guidelines and forms are accessible in the section of the web site of the Office of the High Commissioner for Human Rights (*www.unhchr.ch*) entitled "Civil Society Support Initiatives" or can be requested from the secretariat of the Fund (see contact numbers below).

## Contributions to the Fund

Since 1983 the Fund has been one of the main international institutions providing grants to NGOs for direct assistance to victims of torture worldwide. Donors are invited to contribute well in advance of the Fund's annual session so that their contribution can be duly registered and used during that year. The Board's practice at its annual session has been to recommend for expenditure all the money available for grants in the Fund. New voluntary contributions are therefore needed every year.

Assistance to victims of torture could be jeopardized if increasing requests to the Fund for assistance are not met on an annual basis. The Fund's support is essential for many organizations worldwide and the increase in requests is expected to continue in the years ahead. The General Assembly, the Commission on Human Rights, the Committee against Torture, the Special Rapporteur on torture, the Secretary-General, the High Commissioner for Human Rights and the Chairman of the Board therefore regularly appeal to Governments, organizations and individuals to contribute annually to the Fund.

Contributions to the Fund can be made: (a) by bank transfer to the "United Nations Geneva General Fund" either in United States dollars (c/o UBS AG, PO Box 2770, CH-1211 Geneva 2, account 240-CO-590-160.1) or in other currencies (c/o UBS AG, at the same address, account 240-CO-590-160.0, Swift address UBSWCHZH12A); or (b) by cheque to the order of "The United Nations" to be sent to The Treasurer, United Nations Office at Geneva, CH-1211 Geneva 10, Switzerland. In all cases, donors are invited to specify "Payee: account CH, United Nations Voluntary Fund for Victims of Torture".

## Reporting on the activities of the Fund

The Secretary-General submits an annual report to the General Assembly indicating contributions paid or pledged and the total amount of grants approved. The report also reproduces all recommendations adopted by the Board and approved by the Secretary-General and contains a list of subsidized projects. To protect victims of torture, mem-

30

bers of their families and the staff of projects financed by the Fund, no other details concerning subsidized projects are provided.

### Documents and contacts at the Fund's secretariat

The guidelines, application and reporting forms, and reports to the General Assembly and the Commission on Human Rights are accessible on the OHCHR web site, which is updated regularly (*http://www.unhchr.ch*/Programmes/ Voluntary or Trust Funds/ United Nations Voluntary Fund for Victims of Torture).

For documentation or any further information on the Fund, please contact the secretariat of the Fund at:

**Trust Funds Unit, Support Services Branch**
**Office of the High Commissioner for Human Rights**
**United Nations Office at Geneva**
**CH-1211 Geneva 10**
**Tel.: 0041-22 917 9315**
**Fax: 0041-22 917 9017**
**E-mail address: unvfvt.hchr@unog.ch**

## V.   Selected issues

### Rape and gender-specific forms of violence

In accordance with international jurisprudence which establishes that rape constitutes a form of torture,[16] both the Special Rapporteur on torture[17] and the Special Rapporteur on violence against women (see above) take action on allegations of rape and sexual assault. The Special Rapporteur on torture can take action on cases of gender-based

---

[16] In its resolution 1998/38, the Commission on Human Rights invited the Special Rapporteur on Torture "to continue to examine questions concerning torture and other cruel, inhuman or degrading treatment or punishment directed against women and conditions conducive to such torture, to make appropriate recommendations concerning the prevention and redress of gender-specific forms of torture, including through rape, and to exchange views with the Special Rapporteur on violence against women with a view to enhancing further their effectiveness and mutual cooperation" (para. 22).

[17] In presenting his 1992 report to the Commission on Human Rights, the Special Rapporteur on torture stated that since it was clear that rape or other forms of sexual assault against women in detention were a particularly ignominious violation of the inherent dignity and the right to physical integrity of the human being, they constituted an act of torture (summary record of the twenty-first meeting, United Nations document E/CN.4/1992/SR.21, para. 35).

31

violence only if it has been exercised by public agents or with their consent or acquiescence.[18] The Special Rapporteur on violence against women considers that cultural practices that involve "severe pain and suffering" (and may be considered "torture-like") such as female genital mutilation, honour killings, Sati and similar cultural practices that brutalize the female body must be eliminated as quickly as possible. International standards that clearly establish the State's duty to eradicate domestic violence have emerged since the 1980s.[19] Custom, tradition and religion cannot be invoked by States parties to defend violence against women in the family or to shield from international scrutiny cultural practices that are violent towards women.[20]

In March 2000 the Human Rights Committee adopted General Comment No. 28 on equality between men and women, paragraph 11 of which requests States parties to assist the Committee in assessing compliance with article 7 on torture and cruel, inhuman or degrading treatment by providing it with information on measures taken to eliminate genital mutilation, to prevent forced abortion and forced sterilization, and to provide women who have become pregnant as a result of rape with access to safe abortions.[21]

## Incommunicado detention

Torture is most frequently practised when a person is held without access to a lawyer, his or her family and relatives or groups from civil society (incommunicado detention). In resolution 1999/32, the Commission on Human Rights reminded all States that "prolonged incommunicado detention may facilitate the perpetration of torture and can in itself constitute a form of cruel, inhuman or degrading treatment" (para. 5). Hence, even in cases where no independent risk of torture exists for a person held in incommunicado detention, the Special Rapporteur on torture considers that action in the form of an urgent appeal may be taken where such detention is prolonged. The Special Rapporteur further believes that prolonged incommunicado detention in a secret or unknown place may amount to torture as described in article 1 of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

---

[18] In particular, the Special Rapporteur on torture has addressed the issues of sexual abuse and harassment, virginity testing, forced abortion and forced miscarriage (see documents E/CN.4/1995/34 and A/55/290).
[19] See, in particular, the Declaration on the Elimination of Violence against Women and General Recommendation No. 19 of the Committee on the Elimination of Discrimination against Women.
[20] See United Nations document E/CN.4/2002/83.
[21] United Nations document HRI/GEN/1/Rev.5.

32

## Corporal punishment

Although "lawful sanctions" fall outside the international definition of torture, cruel, inhuman or degrading punishment, including corporal punishment, is considered to be unlawful under international law. Lawful sanctions refer only to penal practices that are widely accepted as legitimate by the international community and are compatible with basic internationally accepted standards. The Commission on Human Rights held in resolution 1998/38 that corporal punishment "can amount to cruel, inhuman or degrading punishment or even to torture".

## Intimidation/threats

In resolution 2001/62, the Commission on Human Rights condemned "all forms of torture, including through intimidation, as described in article 1 of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment" (para. 2). According to the Special Rapporteur on torture, information on threats and intimidation is often a crucial element in assessing whether a person is at risk of physical torture and other forms of ill-treatment.

In resolution 2001/11, the Commission on Human Rights reiterated its concern at the "continued reports of intimidation and reprisals against private individuals and groups who seek to cooperate with the United Nations and representatives of its human rights bodies", and invited the Secretary-General to submit to it a report containing a compilation and analysis of information on alleged reprisals against such individuals and groups.

## Retaliation against victims, witnesses and any other person acting on behalf of torture victims

The Special Rapporteur on torture also intervenes when measures of retaliation are taken or threatened against victims of torture, their relatives, members of civil society, lawyers working on torture complaints and medical or other experts acting on behalf of torture victims.[22] The

---

[22] In particular, the Special Rapporteur on torture takes into account article 13 of the Convention against Torture and paragraph 2(b) of the Istanbul Protocol (see under "Pertinent international instruments"). Article 13 of the Convention states: "Each State Party shall ensure that any individual who alleges he has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have his case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of his complaint or any evidence given."

33

Special Rapporteurs pay particular attention to reprisals against individuals or groups for cooperating with them and request Governments to adopt appropriate and effective measures to protect the persons concerned from any form of intimidation. The Special Rapporteurs may act jointly in this regard with the Special Representative of the Secretary-General on human rights defenders.

## Torture and non-State actors

According to the definition of torture contained in article 1 of the Convention against Torture, an act of "severe pain or suffering" qualifies as torture only if it is inflicted "by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity". Acts of torture or other forms of ill-treatment by members of law enforcement agencies, paramilitary groups, civil defence forces or other forces operating with or tolerated by the Government fall within this definition. The Special Rapporteur on torture considers that State responsibility also arises where national authorities are "unable or unwilling" to provide effective protection from ill-treatment (i.e. fail to prevent or remedy such acts), including ill-treatment by non-State actors.

## Imminent expulsion of persons to a country where they are at risk of torture (refoulement)

An individual or a group of individuals at risk of "imminent" deportation to a country where there are reasonable grounds to believe that an identifiable risk of torture or other ill-treatment exists, and where no other effective national legal recourse, for example with suspensive effect on the deportation, can be relied on by the person(s) at risk of deportation, may use the following mechanisms.[23]

In cases submitted to the Committee against Torture invoking a risk of deportation (allegedly in violation of article 3 of the Convention), the Committee may request the State party concerned to take interim measures, i.e. not to expel the author of the communication while the matter is under consideration. To benefit from the protection afforded under

---

[23] In cases where the "deporting" country is a State party to the European Convention for the Protection of Human Rights and Fundamental Freedoms, applicants may prefer to have recourse to the European Court of Human Rights, which has inherent jurisdiction to request a State party to take effective interim measures such as a stay of deportation.

article 3 of the Convention, applicants must show that their expulsion would have the foreseeable consequence of exposing them to a "real and personal" risk of being tortured. The Committee has stressed on several occasions that this protection is absolute, and that considerations of a procedural nature or "the nature of the activities in which the person engaged [are] not a relevant consideration in the taking of a decision in accordance with article 3 of the Convention." The Committee has expressly stated that article 3 applies "irrespective of whether the individual concerned has committed crimes and the seriousness of those crimes".

The Special Rapporteur on torture may urge a Government to refrain from deporting persons to a country where they would be at risk of torture (or to a transit country where they would be at serious risk of further deportation to such a country) unless it obtains unequivocal guarantees that the persons concerned will not be subjected to ill-treatment and establishes a system to monitor their treatment after their return. The Special Rapporteur on torture considers that the deporting State also incurs responsibility where the authorities of the target country are "unable or unwilling" to provide effective protection from ill-treatment by non-State agents. If the urgency of the situation or other stringent factors prevent individuals from submitting their cases to the Committee against Torture, the Special Rapporteur will act on their behalf if they demonstrate that deportation is imminent and that a "serious risk of torture" exists in the target country.

### Conditions of detention

Very severe prison conditions have been held to fall within the mandate of the Special Rapporteur on torture because the pain or suffering they inflict may place them close to the borderline between cruel, inhuman or degrading treatment and torture. They have sometimes been described as falling into a "grey area" between torture and other forms of cruel, inhuman and degrading treatment or punishment owing to lack of evidence of the intentional or purposive element required by the term "torture". In assessing the severity of prison conditions, the Special Rapporteur on torture takes into consideration factors such as: the space at the disposal of detainees; the supply of water and other articles needed for personal hygiene; the provision of adequate clothing and bedding; the quantity and quality of food and drinking water; recreational facilities (including outdoor exercise); admission of visitors; provision of medical assistance; sanitation, heating, lighting and ventilation; the disciplinary regime; the complaints system; and the behaviour of prison personnel.

35

## Denial of medical treatment

The intentional withholding of medical treatment from persons in places of detention or in other State institutions such as orphanages or from persons injured by an act attributable to public officials falls within the mandate of the Special Rapporteur on torture. On receipt of such information, the Special Rapporteur requests prompt and appropriate medical treatment for the persons concerned, invoking, in particular, rules 22, 25 and 26 of the Standard Minimum Rules for the Treatment of Prisoners. Pursuant to rule 22, detainees should have access to at least one qualified medical officer with some knowledge of psychiatry and to a qualified dental officer. Sick prisoners who require specialist treatment should be transferred to specialized institutions or civil hospitals. Rule 25 states that medical officers should daily see all sick prisoners, all who complain of illness, and any prisoner to whom their attention is specially directed, and should report to the director of the institution whenever they consider that a prisoner's physical or mental health has been or will be harmed by continued imprisonment or by any condition of imprisonment. They should regularly inspect and advise the director on the quantity and quality of food, the hygiene and cleanliness of the institution and the prisoners, and observance of the rules concerning physical education (rule 26).

## Methods of restraint

Under international law, the use of methods of restraint is primarily governed by the Standard Minimum Rules for the Treatment of Prisoners. Rule 33 states that instruments of restraint such as handcuffs, chains, irons and straitjackets should never be applied as a punishment and that chains or irons should not be used as restraints. Other instruments of restraint should be used only to prevent escape during a transfer, on medical grounds or as a last resort to prevent prisoners from injuring themselves or others or from damaging property. Rule 34 states that instruments of restraint must not be applied for any longer time than is strictly necessary. The Special Rapporteur on torture may intervene in response to information to the effect that these rules have not been respected.

36

# Annex 1

## Model complaint form

for communications under:

- Optional Protocol to the International Covenant on Civil and Political Rights
- Convention Against Torture, or
- Convention on the Elimination of Racial Discrimination

Please indicate which of the above procedures you are invoking:
……………………………………………………………………………………

Date:   ………….

## I.   Information on the author of the complaint:

Name: …………………                    First name(s): …………..………………
Nationality:………………                Date and place of birth: ………………
                                                         ………………………………………

Address for correspondence on this complaint: ………..……………………

Submitting the communication:
on the author's own behalf:   ………..………………
on behalf of another person: …………..………………

[If the complaint is being submitted on behalf of another person:]

Please provide the following personal details of that other person:

Name: …………………………                First name(s): ………..………………
Nationality: ……………………            Date and place of birth: ………..………
                                                         ………………………………………

Address or current whereabouts: ………..……………………………………

If you are acting with the knowledge and consent of that person, please provide that person's authorization for you to bring this complaint: …………

*Or*

If you are not so authorized, please explain the nature of your relationship with that person: …………………… and detail why you consider it appropriate to bring this complaint on his or her behalf: …………..…………

37

**II.   State concerned/articles violated/domestic remedies**

Name of the State that is either a party to the Optional Protocol (in the case of a complaint to the Human Rights Committee) or has made the relevant declaration (in the case of complaints to the Committee Against Torture or the Committee on the Elimination of Racial Discrimination): ……………………

Articles of the Covenant or Convention alleged to have been violated:
………………………………………………………………………………

*Exhaustion of domestic remedies:*

Steps taken by or on behalf of the alleged victims to obtain redress within the State concerned for the alleged violation - detail which procedures have been pursued, including recourse to the courts and other public authorities, which claims you have made, at which times, and with which outcomes:
………………….………………………………………………………………

If you have not exhausted these remedies on the ground that their application would be unduly prolonged, that they would not be effective, that they are not available to you, or for any other reason, please explain your reasons in detail:
………………………………………………………………………………

**III.   Other international procedures**

Have you submitted the same matter for examination under another procedure of international investigation or settlement (e.g. the Inter-American Commission on Human Rights, the European Court of Human Rights, or the African Commission on Human and Peoples' Rights)? ………………………

If so, detail which procedure(s) have been, or are being, pursued, which claims you have made, at which times, and with which outcomes:
………………………………………………………………………………

**IV.   Facts of the complaint**

Detail, in chronological order, the facts and circumstances of the alleged violations. Include all matters which may be relevant to the assessment and consideration of your particular case. Please explain how you consider that the facts and circumstances described violate your rights:

………………………….…………………………………………………………
………………………….…………………………………………………………
………………………….…………………………………………………………

*Author's signature:* …………………………………

[The blanks under the various sections of this model communication simply indicate where your responses are required. You should take as much space as you need to set out your responses.]

Checklist of supporting documentation (copies, not originals, to be enclosed with your complaint):

Written authorization to act (if you are bringing the complaint on behalf of another person and are not otherwise justifying the absence of specific authorization): ……..

• Decisions of domestic courts and authorities on your claim (a copy of the relevant national legislation is also helpful): ………………………………

• Complaints to and decisions by any other procedure of international investigation or settlement: ……………………………………………………

• Any documentation or other corroborating evidence you possess that substantiates your description in Part IV of the facts of your claim and/or your argument that the facts described amount to a violation of your rights: ……………………………………………………………………………

If you do not enclose this information and it needs to be sought specifically from you, or if accompanying documentation is not provided in the working languages of the Secretariat, the consideration of your complaint may be delayed.

39

# Annex 2

## Complaint Guidelines

for communications under the Optional Protocol to the Convention on the
Elimination of All Forms of Discrimination Against Women

### 1. Information concerning the author(s) of the communication

- Family name
- First name
- Date and place of birth
- Nationality/citizenship
- Passport/identity card number (if available)
- Sex
- Marital status/children
- Profession
- Ethnic background, religious affiliation, social group (if relevant)
- Present address
- Mailing address for confidential correspondence (if other than present address)
- Fax/telephone/e-mail
- Indicate whether you are submitting the communication as:
  - Alleged victim(s). If there is a group of individuals alleged to be victims, provide basic information about each individual.
  - On behalf of the alleged victim(s). Provide evidence showing the consent of the victim(s), or reasons that justify submitting the communication without such consent.

### 2. Information concerning the alleged victim(s) (if other than the author)

- Family name
- First name
- Date and place of birth
- Nationality/citizenship
- Passport/identity card number (if available)
- Sex
- Marital status/children
- Profession
- Ethnic background, religious affiliation, social group (if relevant)
- Present address
- Mailing address for confidential correspondence (if other than present address)
- Fax/telephone/e-mail

41

**3.  Information on the State party concerned**

- Name of the State party (country)

**4.  Nature of the alleged violation(s)**

Provide detailed information to substantiate your claim, including:

- Description of alleged violation(s) and alleged perpetrator(s)
- Date(s)
- Place(s)
- Provisions of the Convention on the Elimination of All Forms of Discrimination against Women that were allegedly violated. If the communication refers to more than one provision, describe each issue separately.

**5.  Steps taken to exhaust domestic remedies**

Describe the action taken to exhaust domestic remedies; for example, attempts to obtain legal, administrative, legislative, policy or programme remedies, including:

- Type(s) of remedy sought
- Date(s)
- Place(s)
- Who initiated the action
- Which authority or body was addressed
- Name of court hearing the case (if any).
- If domestic remedies have not been exhausted, explain why.

*Please note*: Enclose copies of all relevant documentation.

**6.  Other international procedures**

Has the same matter already been examined or is it being examined under another procedure of international investigation or settlement? If yes, explain:

- Type of procedure(s)
- Date(s)
- Place(s)
- Results (if any)

*Please note*: Enclose copies of all relevant documentation.

**7.  Date and signature**

Date/place: _____

Signature of author(s) and/or victim(s): _____

**8.  List of documents attached (do *not* send originals, only copies)**

42

# Annex 3

## SPECIAL RAPPORTEUR
## OF THE COMMISSION ON HUMAN RIGHTS
## ON TORTURE

**Model questionnaire to be completed by persons alleging torture
or their representatives**

Information on the torture of a person should be transmitted to the Special Rapporteur in written form and sent c/o Office of the High Commissioner for Human Rights, United Nations Office at Geneva, CH-1211 Geneva 10, Switzerland. Although it is important to provide as much detail as possible, the lack of a comprehensive account should not necessarily preclude the submission of reports. However, the Special Rapporteur can only deal with clearly identified individual cases containing the following minimum elements of information:

    a.   Full name of the victim;

    b.   Date on which the incident(s) of torture occurred (at least as to the month and year);

    c.   Place where the person was seized (city, province, etc.) and location at which the torture was carried out (if known);

    d.   Indication of the forces carrying out the torture;

    e.   Description of the form of torture used and any injury suffered as a result;

    f.   Identity of the person or organization submitting the report (name and address, which will be kept confidential).

Additional sheets should be attached where space does not allow for a full rendering of the information requested. Also, copies of any relevant corroborating documents such as medical or police records should be supplied where it is believed that such information may contribute to a fuller account of the incident. Only copies and not originals of such documents should be sent.

**I.**       **Identity of the person(s) subjected to torture**

    A.   Family name _____

    B.   First and other names _____

    C.   Sex: Male _____      Female _____

    D.   Birth date or age _____

43

    E.   Nationality _____

    F.   Occupation _____

    G.  Identity card number (if applicable) _____

    H.  Activities (trade union, political, religious, humanitarian/solidarity, press, etc.) _____

    I.   Residential and/or work address
_____

## II.  Circumstances surrounding torture

    A.  Date and place of arrest and subsequent torture _____

    B.  Identity of force(s) carrying out the initial detention and/or torture (police, intelligence services, armed forces, paramilitary, prison officials, other) _____

    C.  Were any persons such as a lawyer, relatives or friends permitted to see the victim during detention? If so, how long after the arrest?

_____

_____

    D.  Describe the methods of torture used

_____

_____

    E.  What injuries were sustained as a result of the torture?

_____

_____

    F.  What was believed to be the purpose of the torture?

_____

_____

    G.  Was the victim examined by a doctor at any point during or after his/her ordeal? If so, when? Was the examination performed by a prison or government doctor?

_____

_____

44

H.   Was appropriate treatment received for injuries sustained as a result of the torture?
_____

I.   Was the medical examination performed in a manner which would enable the doctor to detect evidence of injuries sustained as a result of the torture? Were any medical reports or certificates issued? If so, what did the reports reveal?

_____

_____

J.   If the victim died in custody, was an autopsy or forensic examination performed and what were the results?

_____

_____

## III.   Remedial action

Were any domestic remedies pursued by the victim or his/her family or representatives (complaints to the forces responsible, the judiciary, political organs, etc.)? If so, what was the result? _____

## IV.   Information concerning the author of the present report:

A.   Family name
B.   First name
C.   Relationship to victim
D.   Organization represented, if any
E.   Present full address

45

# Annex 4

### CONFIDENTIAL
### VIOLENCE AGAINST WOMEN
### INFORMATION FORM

**INFORMER:** *The name and address of the person/organization submitting the information will remain confidential. Please also mention whether we can contact you for additional information, and if so by what means.*

Name of person/organization: _____

Address: _____

Fax/tel./e-mail: _____

**VICTIM(S):** *Information about the victim(s) including full name, age, sex, residence, professional and/or other activities related to the alleged violation, and any other information helpful in identifying a person (such as passport or identity card number). Please mention whether the victim is willing to have the case transmitted to the Government concerned.*

Name: _____

Address: _____

Date of birth: _____

Nationality: _____

Sex: _____

Occupation: _____

Ethnic background, religious, social group (if relevant): _____

**THE INCIDENT:** *Including dates, place and the harm suffered or to be prevented. If your submission concerns a law or policy rather than a specific incident, summarize the law or policy and the effects of its implementation on women's human rights. Include information about the alleged perpetrators: their names (if known), any relationship they may have to the victims and/or to the Government, and an explanation of the reasons why you believe they are the perpetrators. If you submit information about violations committed by private individuals or groups (rather than government officials), include any information which might indicate that the Government failed to exercise due diligence to prevent, investigate, punish and ensure compensation for the violations. Include information about the steps taken by the victims or their families to obtain remedies, including complaints filed with the police, other officials or independent national human rights institutions. If no complaints have been filed, explain why not. Include information about steps taken by officials to investigate the alleged violation (or threatened violation) and to pre-*

47

*vent similar acts in the future. If a complaint has been filed, include information about the action taken by the authorities, the status of the investigation at the time the communication is submitted and/or how the results of the investigation are inadequate.*

Date: Time: Location/country: _____

Number of assailants: Are the assailant(s) known to the victim? _____

Name of assailant(s): _____

Does the victim have a relationship with the assailant(s)? If so what is the nature of the relationship? _____

Description of the assailant(s) (include any identifying features):

_____

**DESCRIPTION OF THE INCIDENT:**

Does the victim believe she was specifically targeted because of gender? If so, why? _____

Has the incident been reported to the relevant State authorities? If so, which authorities and when? _____

Have the authorities taken any action after the incident? _____

If so, which authorities? _____

What action? _____

When? _____

*Please bring to the attention of the Special Rapporteur any information that becomes available after you have submitted this form. For example, please inform the Special Rapporteur if your human rights concern has been adequately addressed, or of a final outcome has been determined in an investigation or trial, or an action which was planned or threatened has been carried out.*

**PLEASE RETURN TO
THE SPECIAL RAPPORTEUR ON VIOLENCE AGAINST WOMEN
OHCHR-UNOG, 1211 GENEVA 10, SWITZERLAND**
(Fax: 00 41 22 917 9006, e-mail: csaunders.hchr@unog.ch)

**Human Rights Fact Sheets:**

No.  2   *The International Bill of Human Rights* (Rev.1)

No.  3   *Advisory Services and Technical Cooperation in the Field of Human Rights* (Rev.1)

No.  4   *Methods of Combating Torture* (Rev.1)

No.  5   *Programme of Action for the Second Decade to Combat Racism and Racial Discrimination*

No.  6   *Enforced or Involuntary Disappearances* (Rev.2)

No.  7   *Communications Procedures*

No.  8   *World Public Information Campaign for Human Rights*

No.  9   *The Rights of Indigenous People* (Rev.1)

No. 10   *The Rights of the Child* (Rev.1)

No. 11   *Extrajudicial, Summary or Arbitrary Executions* (Rev.1)

No. 12   *The Committee on the Elimination of Racial Discrimination*

No. 13   *International Humanitarian Law and Human Rights*

No. 14   *Contemporary Forms of Slavery*

No. 15   *Civil and Political Rights: The Human Rights Committee*

No. 16   *The Committee on Economic, Social and Cultural Rights* (Rev.1)

No. 17   *The Committee against Torture*

No. 18   *Minority Rights* (Rev.1)

No. 19   *National Institutions for the Promotion and Protection of Human Rights*

No. 20   *Human Rights and Refugees*

No. 21   *The Human Right to Adequate Housing*

No. 22   *Discrimination against Women: The Convention and the Committee*

No. 23   *Harmful Traditional Practices Affecting the Health of Women and Children*

No. 24   *The Rights of Migrant Workers*

No. 25   *Forced Evictions and Human Rights*

No. 26   *The Working Group on Arbitrary Detention*

No. 27   *Seventeen Frequently Asked Questions about United Nations Rapporteurs*

No. 28   *The Impact of Mercenary Activities on the Right of Peoples to Self-Determination*

49

The *Human Rights Fact Sheet* series is published by the Office of the United Nations High Commissioner for Human Rights, United Nations Office at Geneva. It deals with selected questions of human rights that are under active consideration or are of particular interest.

*Human Rights Fact Sheets* are intended to assist an ever-wider audience in better understanding basic human rights, what the United Nations is doing to promote and protect them, and the international machinery available to help realize those rights. *Human Rights Fact Sheets* are free of charge and distributed worldwide. Their reproduction in languages other than the official United Nations languages is encouraged provided no changes are made in the contents and the Office of the United Nations High Commissioner for Human Rights in Geneva is advised by the reproducing organization and given credit as being the source of the material.

Inquiries should be addressed to:

Office of the United Nations High Commissioner for Human Rights
United Nations Office at Geneva
8-14, Avenue de la Paix
1211 Geneva 10, Switzerland

New York Office:
Ofice of the United Nations High Commissioner for Human Rights
United Nations
New York, NY 10017
United States of America

Printed at United Nations, Geneva                    ISSN 1014-5567
GE.02-41783–May 2002–15,875



# Unlawful Discrimination Complaint Form

### South Orange County Community College District
28000 Marguerite Parkway, Mission Viejo, CA  92692
Office of Human Resources (949) 582-4850 • www.socccd.edu

**Name**: _____
<div align="center"><em>Last</em>                                              <em>First</em></div>

**Address**: _____
<div align="center"><em>Street or P.O. Box</em>              <em>City</em>              <em>State</em>          <em>Zip</em></div>

**Phone**: *Day (___)* _____  *Evening (___)* _____

**I am a**:        ☐ Student          ☐ Employee          ☐ Other:_____

**I Wish to Complain Against**: _____

<div align="center">☐ <strong>Saddleback College</strong>          ☐ <strong>Irvine Valley College</strong>          ☐ <strong>District</strong></div>

**Date of Most Recent Incident of Alleged Discrimination**: _____
*(Non-employment complaints must be filed within one year of the date of the alleged unlawful discrimination. Employment complaints must be filed within six months of the date of the alleged unlawful discrimination).*

**I allege discrimination based upon the following category protected under Title 5:** *(select at least one):*

☐ Age         ☐ Ethnic Group Identification   ☐ Physical Disability   ☐ Retaliation
☐ Ancestry    ☐ Mental Disability             ☐ Race                  ☐ Sex (includes Harassment)
☐ Color       ☐ National Origin               ☐ Religion              ☐ Sexual Orientation
☐ Gender Expression/Identity                   ☐ Genetic Information
☐ Perceived to be in a protected category or associated with those in a protected category

**Clearly state your complaint:** Describe each incident of alleged discrimination separately.  For each action provide the following information: 1) date(s) the discriminatory action occurred; 2) name of individual(s) who discriminated; 3) what happened; 4) witnesses (if any); and 5) why you believe the discrimination was because of the protected status you identified above.
*** If applicable, explain why you believe you were retaliated against for filing of complaint or asserting your rights to be free from discrimination on any of the above grounds. (Attach additional pages as necessary).*

_____
_____
_____

What would you like the District to do as a result of your complaint?  What remedy are you seeking?

_____
_____
_____

**I certify that this information is correct to the best of my knowledge.**

_____        _____
Signature of Complainant                                        Date

Send **Original** to the District, or:        Chancellor's Office California Community College
                                              1102 Q Street, Sacramento, California  95814-6511
                                              Attention: Legal Affairs Division

*(Revised 06/12)*